UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.,* | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors.<br>_____/ | (Jointly Administered Under Case No. 3:09-bk-07047-JAF) |
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00693-JAF |
| Plaintiff,<br>v. | |
| THUNDERFLOWER, LLC, | |
| Defendant.<br>_____/ | |

### PLAINTIFF'S AMENDED DISCLOSURE OF EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2), made applicable by Fed. R. Bankr. P. 7026, and the Court's *Agreed Order Granting Third Motion to Continue Pretrial, Pretrial Deadlines and Trial Date for 120 Days* [ECF No. 31] entered in this adversary proceeding, Plaintiff, Neil F. Luria, as Plan Trustee to the Taylor, Bean & Whitaker Plan Trust ("Plaintiff"), hereby submits his amended expert witness disclosures:

1. **Barry E. Mukamal, CPA**
   KapilaMukamal, LLP
   1 Southeast 3rd Avenue, Ste. 2150
   Miami, FL  33131

   Barry E. Mukamal, Partner at KapilaMukamal, LLC will testify as to the financial status of TBW at material times, as reflected in his expert report attached as Exhibit "C" to Plaintiff's May 18, 2018 motion for summary judgment (Doc. 69), and generally in support of the claims asserted by the Plan Trustee against the Defendant.

8600790-1

2. Because discovery has not yet been completed, the Plaintiff may further amend the above list of expert witnesses or the scope of their proposed testimony.

Dated: July 5, 2018

Respectfully Submitted,

BERGER SINGERMAN LLP
Attorneys for Plaintiff
1450 Brickell Avenue, Ste. 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Paul A. Avron*
P. Benjamin Zuckerman, Esq.
Florida Bar No. 001068
bzuckerman@bergersingerman.com
Gavin C. Gaukroger, Esq.
Florida Bar No. 76489
ggaukroger@bergersingerman.com
Paul A. Avron, Esq.
Florida Bar No. 50814
pavron@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF System upon Kimberly Held Israel, Esq., McGlinchey Stafford, Attorneys for the Defendant, 10407 Centurion Pkwy. North, Suite 200, Jacksonville, FL 32256, email: kisrael@mcglinchey.com on this 5th day of July, 2018.

*/s/ Paul A. Avron*
Paul A. Avron