UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.,* | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | (Jointly Administered Under<br>Case No. 3:09-bk-07047-JAF) |
| _____/ | |
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00693-JAF |
| Plaintiff,<br>v. | |
| THUNDERFLOWER, LLC, | |
| Defendant. | |
| _____/ | |

## LIMITED OBJECTION TO MOTION TO WITHDRAW AS COUNSEL

Plaintiff, Neil F. Luria, as Trustee to the Taylor, Bean & Whitaker Plan Trust (the "Plaintiff"), by and through undersigned counsel, hereby files his limited objection to the *Motion for Leave to Withdraw as Counsel* (D.E. 84) filed Kimberly Held Israel of the law firm of McGlinchey Stafford (the "Motion") and states as follows:

1. Plaintiff does not oppose the relief sought in the Motion. Plaintiff submits this limited objection for the sole purpose of requesting that an Order granting the Motion include additional matter beyond that included in the proposed order previously circulated by Ms. Israel. Specifically, Plaintiff requests that the form of Order attached hereto as Exhibit A,[1] which includes (i) a mailing address for Defendant to receive papers once Ms. Israel has withdrawn and

---

[1] The proposed form of Order attached hereto as Exhibit A shows the revisions proposed by Plaintiff in track changes. A clean version of the proposed order requested be entered is attached hereto as Exhibit B.

8783669-3

before any new counsel appears (*which mailing address must be provided by Ms. Israel*), (ii) a requirement that Defendant has 15 days within which to retain new counsel and clear notice that, until new counsel appears, Defendant cannot represent itself, and (iii) specifies that entry of the Order affects neither existing deadlines nor extends the period within which Defendant can conduct further discovery and/or seek rehearing as provided for by the Court's September 28, 2018 Order (D.E. 83) be entered by the Court.

Dated: November 7, 2018

Respectfully submitted,
BERGER SINGERMAN LLP
*Counsel for Plaintiff*
1450 Brickell Ave., Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Paul A. Avron*
    James D. Gassenheimer
    Florida Bar No. 959987
    jgassenheimer@bergersingerman.com
    Benjamin P. Zuckerman
    Florida Bar No. 187143
    bzuckerman@bergersingerman.com
    Paul A. Avron
    Florida Bar No. 50814
    pavron@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon Kimberly Held Israel, Esq., McGlinchey Stafford, 10407 Centurion Parkway, North, Ste. 200, Jacksonville, FL 32256, email: kisrael@mcglinchey.com on this 7th day of November, 2018.

*/s/ Paul A. Avron*
Paul A. Avron

## **EXHIBIT A**

8783669-3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.,* | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | (Jointly Administered Under Case No. 3:09-bk-07047-JAF) |
| _____/ | |
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00693-JAF |
| Plaintiff, | |
| v. | |
| THUNDERFLOWER, LLC, | |
| Defendant. | |
| _____/ | |

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

THIS MATTER CAME before the Court for consideration, without a hearing, upon the Motion of Kimberly Held Israel, Esquire of the law firm of McGlinchey Stafford for leave to withdraw as counsel for Defendant, THUNDERFLOWER, LLC. –(D.E. 84) and Limited Objection to Motion to Withdraw as Counsel (D.E. --). The Court having reviewed the Motion, having noted Plaintiff's consent to the relief sought therein, and having otherwise been fully advised in the premises, it is hereby

1362976.1

**ORDERED:**

1. The Motion is **GRANTED**. Kimberly Held Israel, Esq. and the law firm of McGlinchey Stafford are hereby relieved of all further responsibility in this action. Until new counsel enters an appearance, all notice to Thunderflower, LLC shall be sent to [INSERT].

2. Thunderflower, LLC, which cannot represent itself in these proceedings, has fifteen (15) days from the date of this Order to retain new counsel.

~~2.~~3. This Order has no effect on the existing dates and deadlines set forth in the Fifth Agreed Scheduling Order Setting Pretrial Conference and Trial entered on September 12, 2018. (D.E. 82), and it does not extend the period within which Thunderflower, LLC may take further discovery and/or file a motion for rehearing of the Court's September 28, 2018 Order Granting in Part Partial Summary Judgement (D.E. 83).

###

*Attorney Kimberly Held Israel is directed to serve a copy of this Order on interested parties and file proof of service within 3 days of the entry of the Order.*

1362976.1

2

**EXHIBIT B**

Case 3:11-ap-00693-JAF   Doc 85   Filed 11/07/18   Page 6 of 8

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.*, | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors.<br>_____/ | (Jointly Administered Under Case No. 3:09-bk-07047-JAF) |
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00693-JAF |
| Plaintiff, | |
| v. | |
| THUNDERFLOWER, LLC, | |
| Defendant.<br>_____/ | |

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

THIS MATTER CAME before the Court for consideration, without a hearing, upon the Motion of Kimberly Held Israel, Esquire of the law firm of McGlinchey Stafford for leave to withdraw as counsel for Defendant, THUNDERFLOWER, LLC. (D.E. 84) and *Limited Objection to Motion to Withdraw as Counsel* (D.E.___). The Court having reviewed the Motion,

1362976.1

having noted Plaintiff's consent to the relief sought therein, and having otherwise been fully advised in the premises, it is hereby

**ORDERED:**

1. The Motion is **GRANTED**. Kimberly Held Israel, Esq. and the law firm of McGlinchey Stafford are hereby relieved of all further responsibility in this action. Until new counsel enters an appearance, all notice to Thunderflower, LLC shall be sent to [INSERT].

2. Thunderflower, LLC, which cannot represent itself in these proceedings, has fifteen (15) days from the date of this Order to retain new counsel.

3. This Order has no effect on the existing dates and deadlines set forth in the Fifth Agreed Scheduling Order Setting Pretrial Conference and Trial entered on September 12, 2018. (D.E. 82), and it does not extend the period within which Thunderflower, LLC may take further discovery and/or file a motion for rehearing the Court's September 28, 2018 Order Granting in Part Partial Summary Judgement (D.E. 83).

###

*Attorney Kimberly Held Israel is directed to serve a copy of this Order on interested parties and file proof of service within 3 days of the entry of the Order.*