UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., *et al.,* | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | (Jointly Administered Under<br>Case No. 3:09-bk-07047-JAF) |

_____/

| | |
|---|---|
| NEIL F. LURIA, as Trustee to the TAYLOR, BEAN & WHITAKER PLAN TRUST, | Adv. Pro. No. 3:11-ap-00693-JAF |
| Plaintiff, | |
| v. | |
| THUNDERFLOWER, LLC, | |
| Defendant. | |

_____/

**PLAINTIFF'S CORRECTED[1] MOTION TO STRIKE NON-PARTIES
ALAN BRIGGS AND BLAKE'S ON THE PARK, LLC'S MOTION FOR
RECONSIDERATION, OR, IN THE ALTERNATIVE, RESPONSE IN
OPPOSITION TO MOTION FOR RECONSIDERATION**

Neil F. Luria, Plan Trustee for the Taylor, Bean & Whitaker Plan Trust (the "Plaintiff"),

by undersigned counsel, moves to strike *Non-Parties Alan Briggs and Blake's on The Park, LLC's*

*Motion for Reconsideration* (the "Motion") (Doc. 109) or, if the Court is not inclined to strike it,

Plaintiff submits his response in opposition to the Motion, and states:

1.      On September 12, 2019, Alan Briggs and Blake's on The Park, LLC (collectively,

the "Movants") filed their Motion in which they state that they "move for reconsideration of a

limited" part of the Court's Order Denying Motion for Protective Order and Objections to

---

[1] Corrected for the sole purpose of including in the wherefore clause a request that *Non-Parties Alan Briggs and Blake's on The Park, LLC's Motion for Reconsideration* be stricken based on untimeliness.

Subpoenas (the "<u>August 14 Order</u>") (Doc. 106) dated August 14, 2019, but entered on the docket August 15, 2019, so as "**to correct clear error or manifest injustice**." Motion at 2 (emphasis added).

2.      The first sentence of the Memorandum of Law incorporated into the Motion states that "[m]otions for reconsideration filed within 28 days of the Court's Order are governed by Rule 59(e), Fed.R.Civ.P., and are appropriate only where there is newly-discovered evidence, or a need **to correct a manifest error of law or fact**." Motion at 12 (emphasis added). The Motion further states that "[c]ourts have distilled three major grounds justifying reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need **to correct clear error or manifest injustice**." *Id.* (citing cases) (emphasis added). *Accord Wi-Lan Corp. v. HTC Corp.*, 951 F. Supp. 2d 1291, 1292 (M.D. Fla. 2013) (same). It is clear, then, that the sole basis for the Motion is Rule 59(e), Fed. R. Civ. P., incorporated into this contested matter by Rule 9023, Fed. R. Bankr. P.

A.      <u>Motion to Strike</u>

3.      The Motion should be stricken because it is untimely. Rule 59(e), Fed. R. Civ. P., is incorporated into contested matters before bankruptcy courts by Rule 9023, Fed. R. Bankr. P., which states that a motion filed thereunder must be filed "no later than 14 days after entry of judgment." *Id.* This 14-day time limit, neglected by Movants, *see* Motion at 12 (recounting erroneous 28-day deadline in Rule 59(e), Fed. R. Civ. P.), makes perfect sense because the same 14-day deadline applies for an aggrieved party to file a notice of appeal of an adverse order or judgment issued by a bankruptcy court. *See* Fed. R. Bankr. P. 8002(a)(1). Thus, the Motion, filed 28 days after the August 14 Order, is untimely and should be stricken. The Motion should be stricken even if Rule 9023, based on Rule 59(e), is deemed a claims processing rule as opposed to

a jurisdictional rule. *Suber v. Lowes Home Centers, Inc.,* 609 Fed. Appx. 615 (11th Cir. July 2, 2015) (holding that the 28-day time limit in Rule 59(e) is a claims processing rule, and not a jurisdictional rule, but affirming trial court's denial of pro se litigant's Rule 59(e) motion in employment discrimination suit based on his filing of that motion 4 days after the 28-day deadline).[2] This is because (i) Plaintiff is raising that issue now and has not waived it, *see Eberhart v. United States*, 546 U.S. 12, 19 (2005) (concluding, in regard to claim-processing rules, that if a party fails to raise a defense of untimeliness until after the court had reached a decision on the merits, that party forfeited that defense); and (ii) the Court cannot expand the 14-day deadline provided for in Rule 9023. *See* Fed. R. Bankr. P. 9006(b)(2) (a bankruptcy court "may **not** enlarge the time for taking action under Rule[ ] ... 9023....") (emphasis added). Based on the foregoing, Movants filed the Motion untimely and, therefore, it should be stricken. Even if the Court were inclined to consider the Motion based on Rule 59(e) standards, which it should not, the Motion would fail for the reasons set forth below, that is, Movants have not, and cannot, demonstrate the existence of clear error or manifest injustice justifying reconsideration.

**B.      Response in Opposition to Motion**

4.      Notwithstanding the foregoing, Plaintiff is mindful that Movants also cite Rule 60(b), 26 and 45, Fed. R. Civ. P., as additional procedural Rules pursuant to which they seek reconsideration. The problem, however, explained below, is that none of the cited rules provide a

---

[2] There is Eleventh Circuit caselaw holding that the then 10-day, now 14-day, deadline for filing motions for reconsideration under Rule 59(e), as incorporated into contested matters by Rule 9023, is jurisdictional. *In re Southeast Bank Corp.,* 97 F.3d 476, 478 (11th Cir. 1996); *Wright v. Preferred Research, Inc.,* 891 F.2d 886, 890 (11th Cir.1990). But because that caselaw predated the Supreme Court's decisions in cases like *Eberhart*, *supra*, and *Bowles v. Russell*, 551 U.S. 205 (2007), which distinguish between claims processing and jurisdictional rules, those cases may no longer be good law in respect of Bankruptcy Rule 9023's 14-day deadline. *See Suber, supra* (Eleventh Circuit holding that Rule 59(e)'s 28-day deadline is a claims processing rule). Nevertheless, for the reasons explained above, Movants' untimely filing compels the conclusion that the Court should strike the Motion on that ground because Plaintiff has not waived this issue.

basis for reconsideration. More specifically, and as an initial matter, Rules 26 and 45 concern discovery and subpoenas, generally, and are plainly not bases upon which reconsideration can or should be granted. Of note, Movants do not cite to any particular subsection of Rule 60(b), or why relief sought is properly premised on any such subsection, so Plaintiff will undertake that analysis. Rule 60(b), Fed. R. Civ. P., provides for relief from judgments or orders. *See* Fed. R. Civ. P 60(b). With the possible exceptions of Rule 60(b)(1) (**mistake**, inadvertence, surprise, or excusable neglect) (emphasis added) and (b)(6) (any other reason that justifies relief), none of the other subsections of Rule 60(b) applies here. *See* Fed. R. Civ. P. 60(b)(2) (newly discovered evidence), (b)(3) (fraud), (b)(4) (judgment is void) and (b)(5) (judgment has been satisfied, released or discharged).

### (i)     Rule 60(b)(1) legal standards

5.      "To be entitled to relief under Rule 60(b)(1), a moving party must demonstrate a justification **so compelling that the court is 'required' to vacate its order**." *Garfield v. Suntrust Bank*, No. 06-60351-CIV-LENARD/TORRES, 2007 WL 9700871, *2 (S.D. Fla. July 16, 2007) (citing *Montero v. Potter*, 174 Fed. Appx. 489, 491 (11th Cir. 2006)) (emphasis added); *Rice v. Ford Motor Co.,* 88 F.3d 914, 919 (11th Cir. 1996) (same). Typically, a trial court is not required to grant relief under Rule 60(b)(1) **unless the legal error is "obvious**." *See Fackelman v. Bell,* 564 F.2d 734, 736 (5th Cir. 1977)[3] (emphasis added); *see also, e.g., Chambers v. Fla. Parole Comm'n,* 257 Fed. Appx. 258, 259 (11th Cir. 2007) (typically the district court is not required to grant relief under Rule 60(b)(1) unless the legal error is obvious) (citing *Fackelman, supra*).

---

[3] Caselaw from the former Fifth Circuit handed down prior to October 1, 1981 constitutes binding Eleventh Circuit precedent. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

4

**(ii)    Rule 60(b)(6) legal standards**

6.    "Rule 60(b)(6) provides a catch-all, authorizing a court to grant relief from a judgment for 'any other reason that justifies relief.'" *Aldana v. Del Monte Fresh Produce N.A., Inc.*, 741 F.3d 1349, 1355 (11th Cir. 2014) (quoting Rule 60(b)(6)). "[R]elief under [Rule 60(b)(6)] is an **extraordinary remedy** which may be invoked **only upon a showing of exceptional circumstances**." *Crapp v. City of Miami Beach,* 242 F.3d 1017, 1020 (11th Cir. 2001) (quotation omitted) (emphasis added); *Wendy's Int'l, Inc. v. Nu-Cape Const., Inc.*, 169 F.R.D. 680, 687 (M.D. Fla. 1996) ("Relief under Rule 60(b)(6) requires extraordinary circumstances."). A party cannot bring a Rule 60(b)(6) motion based on "one of the grounds for relief enumerated in clauses (b)(1) through (b)(5)." *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 863 & n.11 (1988).

**(iii)    Analysis**

7.    For the reasons explained below, relief is not warranted under Rule 60(b)(1) or (6). The Motion is premised on the proposition that CPMG, LLC, a business which owned real estate and a bar, Blake's on The Park, in Atlanta, Georgia, was never owned by Thunderflower, LLC formed under Florida law (the "FL Thunderflower") (as opposed to Thunderflower, LLC formed under Illinois law (the "IL Thunderflower")). At best for Movants, the evidence on that issue is conflicting. Before recounting that evidence, however, Plaintiff notes that in its July 18, 2019 *Order Granting Chapter 11 Trustee's Motion to Compel Production of Post-Judgment Discovery* (Doc. 104), **as to which rehearing or an appeal was not sought by Movants**, the Court found, in part, that "[e]vidence exists showing that CPMG is or was owned by Defendant Thunderflower," *id.* at 5, that is, the FL Thunderflower. The Court can and should conclude that this finding constitutes the law of the case and, as a result, deny the Motion on that ground alone. Independent

5

of that argument, and as explained below, there is ample evidence to contradict the proposition urged on this Court.

8.      At all relevant times, the FL Thunderflower is and was a Florida limited liability company. *See* **Exhibit A**, March 2004 formation of the Florida LLC and listing initial members as Kurt Krueger and Lee Farkas. The FL Thunderflower was given federal employer identification (FEI) / employer identification number (EIN): 43-2024586. *See* **Exhibit B**, printout out from Florida's Department of State, Division of Corporation's online business registry for the FL Thunderflower. The FL Thunderflower was an active company in Florida from 2004 through September 27, 2013. *Id.*

9.      Movants argue that CPMG, LLC was "transfer[red] to Thunderflower, LLC an Illinois limited liability company, in March 2004." Motion at 6.  However, federal and state tax filings show that the FL Thunderflower continued to own CPMG, LLC for years after 2004. For example, the FL Thunderflower's 2006 U.S. Partnership Income tax return dated April 23, 2007 shows that FL Thunderflower was in the business of "Rentals/Bars." *See* **Exhibit C**, Form 1065, 2006, for the FL Thunderflower. In that same year's tax filing, the FL Thunderflower directly depreciated the assets of CPMG, LLC and amortized 100% of its goodwill. *Id.* at Form 4562 Statement-1065, p. 17 and 18 of 20. To quash any doubt that the FL Thunderflower owned CPMG, LLC, which owned the bar Blake's on the Park, included in the Depreciation Detail for the FL Thunderflower in its 2006 federal tax filing are the expenses of the Atlanta, Georgia bar:

    1. Bldg Improve – CPMG
    3. Furn & Equip – CPMG
        …
    24. Stand Up Freezer – CPMG
    27. Beer Cooler – CPMG

*Id.* at p. 17 of 20. The FL Thunderflower's 2006 tax return also shows that CPMG, LLC (the owner of the bar Blake's on the Park) was a disregarded entity for which its tax obligations flowed up through its owner, FL Thunderflower. *Id.* at Schedule B, p. 20 of 20.  The aforementioned 2006 tax return was prepared by Brick City Accounting & Financial Services, Inc.  *See id.*

10.     Notably, a second accounting firm, Bloom and Associates, LLC, prepared the FL Thunderflower's 2005 federal tax return and its 2005 Georgia state tax return. *See* **Composite Exhibit D**.  Again, the same FEI/EIN 43-2024586 is listed for the FL Thunderflower, the business of the company is "Rentals/Bars" and CPMG, LLC's goodwill and assets are claimed as flow-through to the FL Thunderflower. *See id.*

11.     Thus, not one but two different accounting firms and two years of tax filings **after** 2004 (the year in which Movants argue that CPMG, LLC was sold to an Illinois entity called Thunderflower—the IL Thunderflower) show that at all times the FL Thunderflower owned CPMG, LLC and thus, by lineage, the bar Blake's on the Park.

12.     Further, in 2011, when the FL Thunderflower's manager, Alan Briggs, testified, he confirmed that he had never heard of an Illinois entity (let alone manage it). *See* March 30, 2011 Depo. Tr. at 37:24-38:7 ("Q. Before we go there, are you familiar with an entity called Thunderflower, LLC, organized under the laws of the State of Illinois? A. No. Q. Do you know if there's any relationship between Thunderflower, LLC, organized under the laws of the State of Illinois, and Thunderflower, LLC, organized under the laws of the State of Florida? A. I don't."). Mr. Briggs also confirmed, without hesitation, that Thunderflower, *ipso facto* FL Thunderflower, owned CPMG, LLC which owned the bar Blake's on the Park. *See id.* 6:25-7:1-3 (Q. What is the business of CPMG? A. CPMG owns a bar. Q. What is the name of the bar? A. It's called Blake's on the Park.") and 8:25 – 9:1-4 (Q Who are the other owners of CPMG? A CPMG is owned by

Thunderflower. Q I understand that you are the managing member of Thunderflower, correct? A I am.").

13.     Lastly, the Consolidated Financial Statements and Accountant's Compilation Report – Thunderflower, LLC 2006, prepared by Brick City Accounting & Financial Services, Inc., which ties directly to the figures listed in the FL Thunderflower's 2006 federal tax return, specifically consolidated CPMG, LLC's assets and liabilities with FL Thunderflower's. *See* **Exhibit E**, Schedule 1, Consolidating Balance Sheet for the Year Ending December 31, 2006, Thunderflower, LLC.  Thus, there can be no doubt that the FL Thunderflower owned CPMG, LLC, consolidated CPMG, LLC's financials with its own, and tied its consolidated financials to the amounts the FL Thunderflower owed to Taylor Bean & Whitaker Mortgage Corp. – the debt upon which Plaintiff obtained judgment against the FL Thunderflower. *See id.*, at p. 9 of 9 ("Balance of Loan Per Books of Thunderflower" reconciled with "TB&W Books").[4]

---

[4] References to Lee Farkas' chapter 7 bankruptcy filing, that he filed the case as a "no asset" chapter 7 case, and received a discharge, Motion, n.7, are irrelevant and otherwise add nothing to Movants' request for reconsideration. Movants state that "[u]nder the circumstances, e.g., Mr. Farkas' judgment to Plaintiff appearing to have been discharged, Plaintiff does not have any legitimate or reasonably calculated grounds upon which to conduct discovery from Briggs and Blake's under the umbrella of the instant case - and Plaintiff's Judgment against Thunderflower, LLC, a Florida limited liability company - as to Mr. Farkas' personal property or assets." *Id.* To the extent Movants are making another attempt to avoid post-judgment discovery by arguing that it should be sought and obtained from other persons or entities, that effort should be rejected as the Court has previously done. To the extent Movants are arguing that the discovery they are trying to avoid is improper because it goes to Mr. Farkas' assets, that argument should be rejected because of the well-settled rule of corporate law that shareholders or members of LLCs do not own assets of the entities in which they hold ownership interests. *Dole Food Co. v. Patrickson*, 538 U.S. 468, 475 (2003); *Homan & Crimon, Inc. v. Harris*, 626 F.2d 1201, 1207 (5th Cir. 1980) ("Under well-established principles of corporate law, the corporation, not the shareholders, is the owner of the corporate assets."). This is especially the case given Movant's contention that Mr. Farkas filed a no-asset case. And Movants' request for judicial notice is wrong because documents filed in other judicial proceedings cannot be noticed for the truth of the matters asserted therein, but only "for the limited purpose of recognizing the 'judicial act' that order [or other filing] represents or the subject matter of the litigation." *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994) (noting holding in *Liberty Mut. Ins. Co. v. Rotches Pork Packers, Inc.,* 969 F.2d 1384, 1388 (2d Cir.1992) that a "court may take judicial notice of a document filed in another court 'not for the truth of the matters asserted in the other litigation, but rather to establish the fact of such litigation and related filings.'")).

14.     Given the foregoing documentary evidence, Plaintiff submits that Movants have not shown, and cannot possibly show, that they are entitled to relief under the "mistake" prong of Rule 60(b)(1), Fed. R. Civ. P., that is, a justification "so compelling that the court is 'required' to vacate its order," *Garfield*, 2007 WL 9700871, *2, or under the "any other reason that justifies relief" formulation of Rule 60(b)(6), that is, "exceptional," *Crapp*, 242 F.3d at 1020, or "extraordinary," *Wendy's Int'l*, 169 F.R.D. at 687, circumstances warranting relief.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the Court enter an order striking the Motion or, alternatively, denying the Motion in its entirety.  Plaintiff also requests that, given the deposition of Movants is rescheduled for October 2, 2019 in Atlanta, Georgia, that the Court's order requiring Movants to produce all documents 7 days prior to the depositions be upheld and enforced without further delay by Movants.

Dated:  September 18, 2019                Respectfully Submitted,

                                          BERGER SINGERMAN LLP
                                          Attorneys for Plaintiff
                                          1450 Brickell Ave., Ste. 1900
                                          Miami, FL  33131
                                          Telephone: (305) 755-9500
                                          Facsimile: (305) 714-4340

                                          By:   */s/ Paul A. Avron*
                                               Paul A. Avron
                                               Florida Bar No. 50814
                                               pavron@bergersingerman.com
                                               Gavin C. Gaukroger
                                               Fla. Bar No. 76489
                                               ggaukroger@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as indicated in the attached Electronic Mail Notice List, and via U.S. Regular Mail, postage prepaid, upon the Defendant, Thunderflower, LLC, 77 Juniper Trail, Ocala, FL 34480 on this <u>18th</u> day of September, 2019.

*/s/ Paul A. Avron*
Paul A. Avron

**Electronic Mail Notice List**

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- Paul A Avron    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mday@bergersingerman.com
- James D. Gassenheimer    jgassenheimer@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Kimberly H Israel    kisrael@mcglinchey.com, lwhite@mcglinchey.com
- Bradley M Saxton    bsaxton@whww.com, scolgan@whww.com;scolgan@ecf.courtdrive.com;csmith@whww.com;csmith@ecf.courtdrive.com
- Paul Steven Singerman    singerman@bergersingerman.com, efile@bergersingerman.com;mdiaz@bergersingerman.com;efile@ecf.inforuptcy.com

9318401-5

**<u>EXHIBIT A</u>**

# L040000 22878

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

100030835721

03/25/04--01030--011   **125.00

RECEIVED 04 MAR 25 PM 12: 26
SECRETARY OF STATE
TALLAHASSEE. FLORIDA

FILED 04 MAR 25 PM 3: 37
SECRETARY OF STATE
TALLAHASSEE. FLORIDA

# CAPITAL CONNECTION, INC.

417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

Thunderflower LLc

**FILED**
04 MAR 25 PM 3:37
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

____ Art of Inc. File_____
____ LTD Partnership File_____
____ Foreign Corp. File_____
✓ L.C. File_____
____ Fictitious Name File_____
____ Trade/Service Mark_____
____ Merger File_____
____ Art. of Amend. File_____
____ RA Resignation_____
____ Dissolution / Withdrawal_____
____ Annual Report / Reinstatement_____
____ Cert. Copy_____
____ Photo Copy_____
____ Certificate of Good Standing_____
____ Certificate of Status_____
____ Certificate of Fictitious Name_____
____ Corp Record Search_____
____ Officer Search_____
____ Fictitious Search_____
____ Fictitious Owner Search_____
____ Vehicle Search_____
____ Driving Record_____
____ UCC 1 or 3 File_____
____ UCC 11 Search_____
____ UCC 11 Retrieval_____
____ Courier_____

Signature

Requested by: _LW_  3/25

Name        Date        Time

Walk-In _____    Will Pick Up _____

## ARTICLES OF ORGANIZATION
## OF
## THUNDERFLOWER, L.L.C.

FILED
04 MAR 25  PH 3:37
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

THE UNDERSIGNED, as the initial members of THUNDERFLOWER, L.L.C., a Florida limited liability corporation formed hereunder (the "Company"), hereby forms a limited liability company under the laws of the State of Florida.

## ARTICLE I
## COMPANY NAME

The name of this Company is: THUNDERFLOWER, L.L.C.

## ARTICLE II
## COMMENCEMENT AND TERM OF EXISTENCE

In accordance with Section 608.409 (1) of the Florida Limited Liability Company Act (the "Act"), the term of existence of the Company shall commence upon the filing of these executed Articles of Organization with the Florida Department of State, and shall continue perpetually, unless otherwise dissolved pursuant to Article VIII of these Articles of Organization.

## ARTICLE III
## MAILING ADDRESS OF COMPANY

The mailing address of this Company is:

2022 NE 18th Street
Fort Lauderdale, FL 33305

## ARTICLE IV
## STREET ADDRESS OF COMPANY

The street address of the principal office of the Company is:

2022 NE 18th Street
Fort Lauderdale, FL 33305

## ARTICLE V
## REGISTERED AGENT AND REGISTERED AGENT ADDRESS

The registered agent and the street address of the registered agent of this Company in the State of Florida shall be:

DEAN J. TRANTALIS, ESQ.
2255 Wilton Dr.
Wilton Manors, FL 33305

## ARTICLE VI
## ADMISSION OF ADDITIONAL MEMBERS

Pursuant to Section 608.4232 of the Act, the Company may admit additional members upon the affirmative vote of a majority of those managers of the Company in attendance at a duly called meeting of the managers at which a quorum exists or by written consent of a majority of the majority of the managers of the Company.  Any new member which is approved by the managers of the Company as set forth herein shall become a member of the Company upon payment of the contribution to the capital of the Company as established from time to time by the managers, and upon such member's agreement to comply with these Articles of Organization, the Operating agreement and such other documents, statutes, rules, regulations, or guidelines as the managers from time to time determine in their sole discretion.

## ARTICLE VII
## RIGHT OF ASSIGNEE TO BECOME A MEMBER

Except as may be otherwise provided in the Operating Agreement, an assignee of a member's interest in the Company may become a member of the Company, and acquire the rights and powers and be subject to the restrictions and liabilities of a member of the company, and acquire the rights and powers and be subject to the restrictions and liabilities of a member of the company, upon the affirmation vote of a majority of all of the members of the Company (excluding the member seeking to transfer his interest in the Company) which vote is taken at a duly called meeting of the members or by written consent of a majority of the members of the Company (excluding the member seeking to transfer his interest in the Company) as set forth in the Operating Agreement, provided such assignment and admission of such assignee as a member complies with the terms and conditions of the Operating Agreement of the Company.

## ARTICLE VIII
## DISSOLUTION OF COMPANY

Upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or upon the occurrence of any other event which terminates the continued membership of a member in the Company, the Company shall remain in existence unless dissolved by the remaining members of the Company, at a duly called meeting for such purpose.

## ARTICLE IX
## MANAGERS

The Company shall be managed by managers. The name and address of the initial managers are set forth below. The managers shall serve as managers until the first annual meeting of members or until its successors are elected and qualify.

Initial President/Manager:          Kurt Krueger
                                    305 Brookhaven Way, NE
                                    Atlanta, GA 30319

Initial Secretary/Treasurer/Manager: Lee Farkas
                                    101 NE 2nd Street
                                    Ocala, FL 34470

## ARTICLE X
## RETURN OF CAPITAL

No member shall have the right to demand the return of his or its contribution to capital except as provided in the Company's Operating Agreement then in existence.

## ARTICLE XI
## AMENDMENT TO ARTICLES OF ORGANIZATION

Members may adopt, alter, amend, or repeal any provision of the Articles of Organization upon the affirmative vote of a majority of all of the members of the company which vote is taken at a duly called meeting of the members or by written consent of a majority of the members of the Company.

## ARTICLE XII
## AMENDMENT OF OPERATING AGREEMENT

Pursuant to Section 608.423 (1) of the Act, the managers of the Company may adopt, alter, amend or repeal any provision of the Operating Agreement upon the affirmative vote of a majority of those managers of the Company in attendance at a meeting of the managers duly called at which a quorum exists or by written consent of a majority of the managers of the Company; provided however any provision which has been previously adopted, altered or amended by the members and which states that it may only be amended, altered or repealed by the members, may not be altered, amended or repealed by the managers but shall only be amended, altered or repealed upon the affirmative vote of a majority of all of the members of the Company which vote is taken at a duly called meeting of the members or by written consent of a majority of the members of the Company.

**IN WITNESS WHEREOF,** the undersigned as the initial members of the Company have executed the foregoing Articles of Organization as of this __23__ day of __March__, 2004.

INITIAL MEMBERS:

KURT KRUEGER
-President

LEE FARKAS
-Secretary/Treasurer

## CERTIFICATE ACCEPTING DESIGNATION AS
## AN AGENT UPON WHOM SERVICE OF PROCESS WITHIN
## THIS STATE MAY BE SERVED

The following is submitted pursuant to Sections 608.415 and 608.607 of the Florida

Limited Liability Company Act:

Having been appointed as registered agent of THUNDERFLOWER, L.L.C., a Florida limited liability company in its Articles of Organization, at the place designated in such Articles of Organization, the undersigned hereby agrees to act in this capacity and affirms that he is familiar with, and accepts the obligations of such position.

Dated: _____, 2004.

Dean J. Trantalis, Esq.
2255 Wilton Dr.
Wilton Manors, FL 33305

**<u>EXHIBIT B</u>**

Florida Department of State

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Florida Limited Liability Company
THUNDERFLOWER, L.L.C.

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000022878 |
| **FEI/EIN Number** | 43-2024586 |
| **Date Filed** | 03/25/2004 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/27/2013 |
| **Event Effective Date** | NONE |

**Principal Address**

77 JUNIPER TRAIL
OCALA, FL 34480

Changed: 05/01/2012

**Mailing Address**

77 JUNIPER TRAIL
OCALA, FL 34480

Changed: 05/01/2012

**Registered Agent Name & Address**

ELLIS, JOE
77 JUNIPER TRAIL
SUITE 2
OCALA, FL 34480

Name Changed: 05/01/2012

Address Changed: 05/01/2012

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

ELLIS, JOE
77 JUNIPER TRAIL
OCALA, FL 34480

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2010 | 11/30/2010 |
| 2011 | 10/04/2011 |
| 2012 | 05/01/2012 |

**Document Images**

| | |
|---|---|
| 05/01/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/26/2012 -- Reg. Agent Resignation | View image in PDF format |
| 10/04/2011 -- REINSTATEMENT | View image in PDF format |
| 09/07/2011 -- Reg. Agent Resignation | View image in PDF format |
| 11/30/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 12/21/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2007 -- ANNUAL REPORT | View image in PDF format |
| 05/26/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2004 -- Florida Limited Liabilites | View image in PDF format |

Florida Department of State, Division of Corporations

**EXHIBIT C**

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2006, or tax year beginning _____ , ending _____
▶ **See separate instructions.**

OMB No. 1545-0099

**2006**

| A Principal business activity | Use the IRS label. Other- wise, print or type. | Name of partnership | | | D Employer identification no. |
|---|---|---|---|---|---|
| Rentals/Bars | | Thunderflower, LLC | | | 43-2024586 |
| B Principal product or service | | Number, street, and room or suite no. If a P.O. box, see the instructions. | | | E Date business started |
| Apartments/Bars | | 406 East Silver Springs Blvd #203 | | | 3/26/2004 |
| C Business code number | | City or town | State | ZIP code | F Total assets (see the instructions) |
| 722410 | | Ocala | FL | 34470 | $ 5,215,764 |

G  Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

H  Check accounting method  **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) _____

I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax ye  ▶ ............ 2

J  Check if Schedule M-3 required (attach Schedule M-3) . . . . . . . . . . . . . . . . . . . ☐

**Caution.** *Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 3,325,376 | | |
| | b | Less returns and allowances . . . . . . . . . | 1b | | 1c | 3,325,376 |
| | 2 | Cost of goods sold (Schedule A, line 8) . . . . . . . . . . . | | | 2 | 798,267 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | | | 3 | 2,527,109 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach statement)* | | | 4 | |
| | 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* . . . . . . . | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . | | | 6 | |
| | 7 | Other income (loss) *(attach statement)* . . . . . . . . . . . | | | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . | | | 8 | 2,527,109 |
| **Deductions** (see the instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) . . . | | | 9 | 941,314 |
| | 10 | Guaranteed payments to partners . . . . . . . . . . . . | | | 10 | |
| | 11 | Repairs and maintenance . . . . . . . . . . . . . . | | | 11 | 40,936 |
| | 12 | Bad debts . . . . . . . . . . . . . . . . . . | | | 12 | |
| | 13 | Rent . . . . . . . . . . . . . . . . . . . . | | | 13 | 449,417 |
| | 14 | Taxes and licenses . . . . . . . . . . . . . . . . | | | 14 | 262,385 |
| | 15 | Interest . . . . . . . . . . . . . . . . . . . | | | 15 | 186,529 |
| | 16a | Depreciation *(if required, attach Form 4562)* . . . . | 16a | 380,932 | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 380,932 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . | | | 17 | |
| | 18 | Retirement plans, etc. . . . . . . . . . . . . . . . | | | 18 | |
| | 19 | Employee benefit programs . . . . . . . . . . . . . . | | | 19 | |
| | 20 | Other deductions *(attach statement)* . . . . . . . . . . . | | | 20 | 791,218 |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . | | | 21 | 3,052,731 |
| | 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . | | | 22 | -525,622 |
| | 23 | Credit for federal telephone excise tax paid (attach Form 8913) . . . . | | | 23 | |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge. | | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No |
|---|---|---|---|---|
| | ▶ _____ Signature of general partner or limited liability company member manager | Date _____ | | |

| **Paid Preparer's Use Only** | Preparer's signature | *K. Clark, CPA* | Date 4/23/2007 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN P00452239 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | Brick City Accounting & Financial Services, Inc. | | EIN ▶ | 20-8332897 |
| | | 406 East Silver Springs Blvd #203 | | Phone no. | (352) 671-0057 |
| | | Ocala | State FL | ZIP code | 34470 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

(HTA)

Form **1065** (2006)

Form 1065 (2006) Thunderflower, LLC                                                                43-2024586    Page **2**

## Schedule A    Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | 79,532 |
| **2** | Purchases less cost of items withdrawn for personal use | **2** | 799,079 |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs *(attach statement)* | **4** | |
| **5** | Other costs *(attach statement)* | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | 878,611 |
| **7** | Inventory at end of year | **7** | 80,344 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** | 798,267 |

**9a** Check all methods used for valuing closing inventory:
  (i)   [X] Cost as described in Regulations section 1.471-3
  (ii)   [ ] Lower of cost or market as described in Regulations section 1.471-4
  (iii)  [ ] Other (specify method used and attach explanation) ▶

**b** Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c)    ▶ [ ]
**c** Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form ∫* ▶ [ ]
**d** Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?    [ ] Yes [X] No
**e** Was there any change in determining quantities, cost, or valuations between opening and closing inventor [ ] Yes [X] No
  If "Yes," attach explanation.

## Schedule B    Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

  **a** [X] Domestic general partnership        **b** [ ] Domestic limited partnership
  **c** [ ] Domestic limited liability company    **d** [ ] Domestic limited liability partnership
  **e** [ ] Foreign partnership                **f** [ ] Other ▶

| | | Yes | No |
|---|---|:---:|:---:|
| **2** | Are any partners in this partnership also partnerships? | | X |
| **3** | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | X | |
| **4** | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? *See* Form 8893 for more details | | X |
| **5** | Does this partnership meet all three of the following requirements? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000; | | |
| **b** | The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1. | | X |
| **6** | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | X |
| **7** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **8** | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| **9** | At any time during calendar year 2006, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country.  ▶ | | X |
| **10** | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | X |
| **11** | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions | | X |
| **12** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return  ▶ | | |

### Designation of Tax Matters Partner (see the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| | | | |
|---|---|---|---|
| Name of designated TMP ▶ | Lee B Farkas | Identifying number of TMP ▶ | 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 |
| Address of designated TMP ▶ | 101 NE 2nd Street | | |
| | Ocala | FL | 34470 |

Form **1065** (2006)

Form 1065 (2006) Thunderflower, LLC                                                                43-2024586    Page **3**

| | Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -525,622 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -104,478 |
| | 3a | Other gross rental income (loss) | **3a** | |
| | b | Expenses from other rental activities (attach statement) | **3b** | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends:  a  Ordinary dividends | 6a | |
| | | b  Qualified dividends | **6b** | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) | **9b** | |
| | c | Unrecaptured section 1250 gain (attach statement) | **9c** | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ► | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | 3,075 |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures:  (1) Type ►          (2) Amount ► | 13c(2) | |
| | d | Other deductions (see instructions)  Type ► | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment | 14a | -473,060 |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | 2,527,109 |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d | Other rental real estate credits (see instructions)        Type ► | 15d | |
| | e | Other rental credits (see instructions)        Type ► | 15e | |
| | f | Other credits (see instructions)        Type ► Code N-Employer SS tax cre | 15f | 29,153 |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ► | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive ►        e  Listed categories (attach statement) ►        f  General limitation ► | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ►        h  Other ► | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive ►        j  Listed categories (attach statement) ►        k  General limitation ► | 16k | |
| | l | Total foreign taxes (check one):►  Paid ☐  Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 69,862 |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | 464,540 |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

Form **1065** (2006)

Form 1065 (2006)  Thunderflower, LLC                                                43-2024586        Page **4**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . **1** | | | | | -633,175 |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | -569,857 | | | | |
| b | Limited partners | | | -63,318 | | | |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . | | 140,539 | | 60,727 |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . . | | 0 | | 0 |
| 3 | Inventories . . . . . . . . . | | 79,532 | | 80,344 |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities . . . . . . . | | | | |
| 6 | Other current assets *(attach statement)* . . | | | | |
| 7 | Mortgage and real estate loans . . . . | | | | |
| 8 | Other investments *(attach statement)* . . . . | | | | |
| 9a | Buildings and other depreciable assets | 3,162,654 | | 3,492,205 | |
| b | Less accumulated depreciation . . . . | 330,857 | 2,831,797 | 746,934 | 2,745,271 |
| 10a | Depletable assets . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . | | 0 | | 0 |
| 11 | Land (net of any amortization) . . . . . | | | | |
| 12a | Intangible assets (amortizable only) . . . . | 2,864,003 | | 2,864,003 | |
| b | Less accumulated amortization . . . . | 350,067 | 2,513,936 | 541,010 | 2,322,993 |
| 13 | Other assets *(attach statement)* . . . . | | 6,429 | | 6,429 |
| 14 | Total assets . . . . . . . . . | | 5,572,233 | | 5,215,764 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable . . . . . . . . | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities *(attach statement)* . . | | 24,348 | | 24,720 |
| 18 | All nonrecourse loans . . . . . . . | | | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | 11,980 |
| 20 | Other liabilities *(attach statement)* . . . . | | 4,602,450 | | 4,978,596 |
| 21 | Partners' capital accounts . . . . . . | | 945,435 | | 200,468 |
| 22 | Total liabilities and capital . . . . . . | | 5,572,233 | | 5,215,764 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | ( 633,175 ) | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize) _____ | | a | Tax-exempt interest   $ _____ | | |
| 3 | Guaranteed payments (other than health insurance) . | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation   $ _____ | | |
| a | Depreciation   $ _____ | | | _____ | | |
| b | Travel and entertainment $ _____ | | 8 | Add lines 6 and 7 . . . . . . . | | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | ( 633,175) |
| 5 | Add lines 1 through 4 . . . . . | ( 633,175) | | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . | 945,435 | 6 | Distributions:  a  Cash . . . . | | 464,540 |
| 2 | Capital contributed:  a Cash . . . . | 352,748 | | b  Property . . . | | |
| | b Property . . . . | | 7 | Other decreases (itemize): _____ | | |
| 3 | Net income (loss) per books . . . . | ( 633,175) | | _____ | | |
| 4 | Other increases (itemize): _____ | | 8 | Add lines 6 and 7 . . . . . . . | | 464,540 |
| 5 | Add lines 1 through 4 . . . . . . | 665,008 | 9 | Balance at end of year. Subtract line 8 from line | | 200,468 |

Form **1065** (2006)

651106

| Final K-1 | Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

**2006**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____ , 2006
ending _____ , 20 _____

**Partner's Share of Income, Deductions,**
**Credits, etc.**    ► See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income,** |
| | **Deductions, Credits, and Other Items** |

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -473,060 | N | 26,238 |
| 2 | Net rental real estate income (loss) | | |
| | -94,030 | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | 62,876 |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and |
| | | | nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | A | 464,540 |
| 13 | Other deductions | 20 | Other information |
| A | 2,767 | | |
| 14 | Self-employment earnings (loss) | | |
| A | -473,060 | | |
| C | 2,527,109 | | |

**Part I    Information About the Partnership**

**A**    Partnership's employer identification number
43-2024586

**B**    Partnership's name, address, city, state, and ZIP code

Thunderflower, LLC

406 East Silver Springs Blvd #203
Ocala                                    FL    34470

**C**    IRS Center where partnership filed return
Ogden, UT

**D**    ☐ Check if this is a publicly traded partnership (PTP)

**E**    Tax shelter registration number, if any

**F**    ☐ Check if Form 8271 is attached

**Part II    Information About the Partner**

**G**    Partner's identifying number                Partner: 1

**H**    Partner's name, address, city, state, and ZIP code

Lee B Farkas
101 NE 2nd Street
Ocala, FL 34470

**I**    ☒ General partner or LLC        ☐ Limited partner or other LLC
        member-manager                        member

**J**    ☒ Domestic partner            ☐ Foreign partner

**K**    What type of entity is this partner? Active Individual

**L**    Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 90.% | 90.% |
| Loss | 90.% | 90.% |
| Capital | 90.% | 90.% |

**M**    Partner's share of liabilities at year end:

Nonrecourse . . . . . . . . $
Qualified nonrecourse financing . . $
Recourse . . . . . . . $    1,339,313

*See attached statement for additional information.

**N**    Partner's capital account analysis:

Beginning capital account . . . . . $    978,011
Capital contributed during the year . $    352,748
Current year increase (decrease) . . $    -569,857
Withdrawals & distributions . . $ (    464,540)
Ending capital account . . . . $    296,362

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information fo partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)**  See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income  Schedule E, line 28, column (g)
   - Net loss  See the Partner's Instructions
4. **Guaranteed payments**  Schedule E, line 28, column (j)
5. **Interest income**  Form 1040, line 8a
6a. **Ordinary dividends**  Form 1040, line 9a
6b. **Qualified dividends**  Form 1040, line 9b
7. **Royalties**  Schedule E, line 4
8. **Net short-term capital gain (loss)**  Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)**  Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)**  28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. **Unrecaptured section 1250 gain**  See the Partner's Instructions
10. **Net section 1231 gain (loss)**  See the Partner's Instructions
11. **Other income (loss)**
    *Code*
    - A  Other portfolio income (loss)  See the Partner's Instructions
    - B  Involuntary conversions  See the Partner's Instructions
    - C  Sec 1256 contracts & straddles  Form 6781, line 1
    - D  Mining exploration costs recapture  See Pub. 535
    - E  Cancellation of debt  Form 1040, line 21 or Form 982
    - F  Other income  See the Partner's Instructions
12. **Section 179 deduction**  See the Partner's Instructions
13. **Other deductions**
    - A  Cash contributions (50%)
    - B  Cash contributions (30%)
    - C  Noncash contributions (50%)
    - D  Noncash contributions (30%)  See the Partner's Instructions
    - E  Capital gain property to a 50% organization (30%)
    - F  Capital gain property (20%)
    - G  Investment interest expense  Form 4952, line 1
    - H  Deductions—royalty income  Schedule E, line 18
    - I  Section 59(e)(2) expenditures  See the Partner's Instructions
    - J  Deductions—portfolio (2% floor)  Schedule A, line 22
    - K  Deductions—portfolio (other)  Schedule A, line 27
    - L  Amounts paid for medical insurance  Schedule A, line 1 or Form 1040, line 29
    - M  Educational assistance benefits  See the Partner's Instructions
    - N  Dependent care benefits  Form 2441, line 12
    - O  Preproductive period expenses  See the Partner's Instructions
    - P  Commercial revitalization deduction from rental real estate activities  See Form 8582 Instructions
    - Q  Pensions and IRAs  See the Partner's Instructions
    - R  Reforestation expense deduction  See the Partner's Instructions
    - S  Domestic production activities information  See Form 8903 Instructions
    - T  Qualified production activities income  Form 8903, line 7
    - U  Employer's W-2 wages  Form 8903, line 13
    - V  Other deductions  See the Partner's Instructions
14. **Self-employment earnings (loss)**
    **Note.** *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*
    - A  Net earnings (loss) from self-employment  Schedule SE, Section A or B
    - B  Gross farming or fishing income  See the Partner's Instructions
    - C  Gross non-farm income  See the Partner's Instructions
15. **Credits**
    - A  Low-income housing credit (section 42(j)(5))
    - B  Low-income housing credit (other)
    - C  Qualified rehabilitation expenditures (rental real estate)  See the Partner's Instructions
    - D  Other rental real estate credits
    - E  Other rental credits
    - F  Undistributed capital gains credit  Form 1040, line 70; check box a
    - G  Credit for alcohol used as fuel  See the Partner's Instructions
    - H  Work opportunity credit
    - I  Welfare-to-work credit  See the Partner's Instructions
    - J  Disabled access credit
    - K  Empowerment zone and renewal community employment credit  Form 8844, line 3

| | *Report on* |
|---|---|
| *Code* | |
| L  Credit for increasing research activities | |
| M  New markets credit | See the Partner's Instructions |
| N  Credit for employer social security and Medicare taxes | |
| O  Backup withholding | Form 1040, line 64 |
| P  Other credits | See the Partner's Instructions |

16. **Foreign transactions**
    - A  Name of country or U.S. possession
    - B  Gross income from all sources  Form 1116, Part I
    - C  Gross income sourced at partner level

    *Foreign gross income sourced at partnership level*
    - D  Passive
    - E  Listed categories  Form 1116, Part I
    - F  General limitation

    *Deductions allocated and apportioned at partner level*
    - G  Interest expense  Form 1116, Part I
    - H  Other  Form 1116, Part I

    *Deductions allocated and apportioned at partnership level to foreign source income*
    - I  Passive
    - J  Listed categories  Form 1116, Part I
    - K  General limitation

    *Other information*
    - L  Total foreign taxes paid  Form 1116, Part II
    - M  Total foreign taxes accrued  Form 1116, Part II
    - N  Reduction in taxes available for credit  Form 1116, line 12
    - O  Foreign trading gross receipts  Form 8873
    - P  Extraterritorial income exclusion  Form 8873
    - Q  Other foreign transactions  See the Partner's Instructions

17. **Alternative minimum tax (AMT) items**
    - A  Post-1986 depreciation adjustment
    - B  Adjusted gain or loss  See the Partner's Instructions and the Instructions for Form 6251
    - C  Depletion (other than oil & gas)
    - D  Oil, gas, & geothermal—gross income
    - E  Oil, gas, & geothermal—deductions
    - F  Other AMT items

18. **Tax-exempt income and nondeductible expenses**
    - A  Tax-exempt interest income  Form 1040, line 8b
    - B  Other tax-exempt income  See the Partner's Instructions
    - C  Nondeductible expenses  See the Partner's Instructions

19. **Distributions**
    - A  Cash and marketable securities  See the Partner's Instructions
    - B  Other property  See the Partner's Instructions

20. **Other information**
    - A  Investment income  Form 4952, line 4a
    - B  Investment expenses  Form 4952, line 5
    - C  Fuel tax credit information  Form 4136
    - D  Qualified rehabilitation expenditures (other than rental real estate)  See the Partner's Instructions
    - E  Basis of energy property  See the Partner's Instructions
    - F  Recapture of low-income housing credit (section 42(j)(5))  Form 8611, line 8
    - G  Recapture of low-income housing credit (other)  Form 8611, line 8
    - H  Recapture of investment credit  Form 4255
    - I  Recapture of other credits  See the Partner's Instructions
    - J  Look-back interest—completed long-term contracts  Form 8697
    - K  Look-back interest—income forecast method  Form 8866
    - L  Dispositions of property with section 179 deductions
    - M  Recapture of section 179 deduction
    - N  Interest expense for corporate partners
    - O  Section 453(l)(3) information
    - P  Section 453A(c) information
    - Q  Section 1260(b) information  See the Partner's Instructions
    - R  Interest allocable to production expenditures
    - S  CCF nonqualified withdrawals
    - T  Information needed to figure depletion—oil and gas
    - U  Amortization of reforestation costs
    - V  Unrelated business taxable income
    - W  Other information

651106

| Final K-1 | Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

**2006**

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax
year beginning _____ , 2006
ending _____ , 20 ___

**Partner's Share of Income, Deductions,**
**Credits, etc.** ▶ See back of form and separate instructions.

| **Part III** | **Partner's Share of Current Year Income,** **Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | -52,562 | 15 Credits | |
| 2 Net rental real estate income (loss) | -10,448 | N | 2,915 |
| 3 Other net rental income (loss) | | 16 Foreign transactions | |
| 4 Guaranteed payments | | | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | | |
| 6b Qualified dividends | | | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | | |
| 9a Net long-term capital gain (loss) | | 17 Alternative minimum tax (AMT) items | |
| 9b Collectibles (28%) gain (loss) | | A | 6,986 |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 18 Tax-exempt income and nondeductible expenses | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | 19 Distributions | |
| 13 Other deductions | | | |
| A | 308 | 20 Other information | |
| 14 Self-employment earnings (loss) | | | |

*See attached statement for additional information.

**Part I   Information About the Partnership**

A   Partnership's employer identification number
43-2024586

B   Partnership's name, address, city, state, and ZIP code

Thunderflower, LLC

406 East Silver Springs Blvd #203
Ocala                                FL    34470

C   IRS Center where partnership filed return
Ogden, UT

D   ☐ Check if this is a publicly traded partnership (PTP)

E   ☐ Tax shelter registration number, if any _____

F   ☐ Check if Form 8271 is attached

**Part II   Information About the Partner**

G   Partner's identifying number              Partner: 2

H   Partner's name, address, city, state, and ZIP code

Richard A Frankel
10289 Bentwood Court
Highlands Ranch, CO 80126

I   ☐ General partner or LLC member-manager        ☒ Limited partner or other LLC member

J   ☒ Domestic partner        ☐ Foreign partner

K   What type of entity is this partner? Passive Individual

L   Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 10.% | 10.% |
| Loss | 10.% | 10.% |
| Capital | 10.% | 10.% |

M   Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . $ _____
Qualified nonrecourse financing . . $ _____
Recourse . . . . . . . . $ 148,813

N   Partner's capital account analysis:
Beginning capital account . . . . . $ -32,576
Capital contributed during the year . $ _____
Current year increase (decrease) . $ -63,318
Withdrawals & distributions . . . $ ( _____ )
Ending capital account . . . . . $ -95,894

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.
(HTA)

Schedule K-1 (Form 1065) 2006

Schedule K-1 (Form 1065) 2006    Richard A Frankel                                    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information fo partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

|  | Report on |
| --- | --- |
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)** — See the Partner's Instructions
3. **Other net rental income (loss)**

| Net income | Schedule E, line 28, column (g) |
| --- | --- |
| Net loss | See the Partner's Instructions |

4. **Guaranteed payments** — Schedule E, line 28, column (j)
5. **Interest income** — Form 1040, line 8a
6a. **Ordinary dividends** — Form 1040, line 9a
6b. **Qualified dividends** — Form 1040, line 9b
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
| --- | --- | --- |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**

| A | Cash contributions (50%) | |
| --- | --- | --- |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | } See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Investment interest expense | Form 4952, line 1 |
| H | Deductions—royalty income | Schedule E, line 18 |
| I | Section 59(e)(2) expenditures | See the Partner's Instructions |
| J | Deductions—portfolio (2% floor) | Schedule A, line 22 |
| K | Deductions—portfolio (other) | Schedule A, line 27 |
| L | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M | Educational assistance benefits | See the Partner's Instructions |
| N | Dependent care benefits | Form 2441, line 12 |
| O | Preproductive period expenses | See the Partner's Instructions |
| P | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| Q | Pensions and IRAs | See the Partner's Instructions |
| R | Reforestation expense deduction | See the Partner's Instructions |
| S | Domestic production activities information | See Form 8903 Instructions |
| T | Qualified production activities income | Form 8903, line 7 |
| U | Employer's W-2 wages | Form 8903, line 13 |
| V | Other deductions | See the Partner's Instructions |

14. **Self-employment earnings (loss)**
**Note.** *If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.*

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| --- | --- | --- |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. **Credits**

| A | Low-income housing credit (section 42(j)(5)) | |
| --- | --- | --- |
| B | Low-income housing credit (other) | |
| C | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D | Other rental real estate credits | |
| E | Other rental credits | |
| F | Undistributed capital gains credit | Form 1040, line 70; check box a |
| G | Credit for alcohol used as fuel | See the Partner's Instructions |
| H | Work opportunity credit | |
| I | Welfare-to-work credit | } See the Partner's Instructions |
| J | Disabled access credit | |
| K | Empowerment zone and renewal community employment credit | Form 8844, line 3 |

Code
| L | Credit for increasing research activities | |
| --- | --- | --- |
| M | New markets credit | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | Form 1040, line 64 |
| P | Other credits | See the Partner's Instructions |

16. **Foreign transactions**

| A | Name of country or U.S. possession | |
| --- | --- | --- |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*
| D | Passive | |
| --- | --- | --- |
| E | Listed categories | Form 1116, Part I |
| F | General limitation | |

*Deductions allocated and apportioned at partner level*
| G | Interest expense | Form 1116, Part I |
| --- | --- | --- |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*
| I | Passive | |
| --- | --- | --- |
| J | Listed categories | Form 1116, Part I |
| K | General limitation | |

*Other information*
| L | Total foreign taxes paid | Form 1116, Part II |
| --- | --- | --- |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

17. **Alternative minimum tax (AMT) items**

| A | Post-1986 depreciation adjustment | |
| --- | --- | --- |
| B | Adjusted gain or loss | See the Partner's |
| C | Depletion (other than oil & gas) | Instructions and |
| D | Oil, gas & geothermal—gross income | the Instructions for |
| E | Oil, gas, & geothermal—deductions | Form 6251 |
| F | Other AMT items | |

18. **Tax-exempt income and nondeductible expenses**

| A | Tax-exempt interest income | Form 1040, line 8b |
| --- | --- | --- |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. **Distributions**

| A | Cash and marketable securities | See the Partner's Instructions |
| --- | --- | --- |
| B | Other property | See the Partner's Instructions |

20. **Other information**

| A | Investment income | Form 4952, line 4a |
| --- | --- | --- |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest—completed long-term contracts | Form 8697 |
| K | Look-back interest—income forecast method | Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | } See the Partner's Instructions |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Information needed to figure depletion—oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Other information | |

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2006** |
| Department of the Treasury Internal Revenue Service | ▶ See separate instructions.    ▶ Attach to your tax return. | Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Thunderflower, LLC | 1065 - Rentals/Bars | 43-2024586 |

**Part I**    Election To Expense Certain Property Under Section 179

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---:|---:|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 108,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 430,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 108,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | | | |
|---|---|---|---:|---:|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2005 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2007. Add lines 9 and 10, less line 12    ▶ | **13** | 0 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---:|---:|
| 14 | Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**    MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---:|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2006 | **17** | 329,580 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here    ▶ ☐ | | |

**Section B - Assets Placed in Service During 2006 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a    3-year property | | | | | | |
| b    5-year property | | 126,770 | 5 | HY | 200DB | 25,354 |
| c    7-year property | | 152,270 | 7 | HY | 200DB | 21,760 |
| d    10-year property | | | | | | |
| e    15-year property | | 49,540 | 15 | HY | 150DB | 1,694 |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2006 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a    Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (see instructions)

| | | | |
|---|---|---:|---:|
| 21 | Listed property. Enter amount from line 28 | **21** | 2,544 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 380,932 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

(HTA)

Form **4562** (2006)

Form 4562 (2006)                          Thunderflower, LLC                    43-2024586          Page **2**

**Part V**    **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.*)

| 24a Do you have evidence to support the business/investment use claimed? | X Yes | No | 24b If "Yes," is the evidence written? | X Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . | | | | | 25 | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| Laptop Dell - CPMG | 6/1/2006 | 100.00% | 971 | 971 | 5 | 200DB - HY | 194 | |
| | | | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| Mini Cooper | 1/1/2005 | 50.00% | 25,000 | 12,500 | 5 | S/L - HY | 2,350 | |
| | | | | | | S/L - | | |
| | | | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | 28 | | 2,544 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . | | | | | | 29 | | 0 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicle.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . . . . | 10,000 | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . | 10,000 | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . | 20,000 | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . | Yes X | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | X | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? . . . . . . | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employee: See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI**    **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2006 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2006 tax year . . . . . . . . . . . . . | | | | 43 | 186,376 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . | | | | 44 | 186,376 |

Form 4562 (2006)

**Form 4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ See separate instructions.    ▶ Attach to your tax return.

OMB No. 1545-0172

**2006**

Attachment
Sequence No. 67

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Thunderflower, LLC | 8825: Ft Laud - Apartment Rental | 43-2024586 |

## Part I  Election To Expense Certain Property Under Section 179

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 108,000 |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 430,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 108,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |
| | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 0 |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 0 |
| 10 Carryover of disallowed deduction from line 13 of your 2005 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 0 |
| 13 Carryover of disallowed deduction to 2007. Add lines 9 and 10, less line 12 ▶ | 13 | 0 |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 Special allowance for qualified New York Liberty or Gulf Opportunity Zone property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2006 | 17 | 35,145 |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2006 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2006 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 35,145 |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2006)

(HTA)

| Form 4562 (2006) | Thunderflower, LLC | 43-2024586 | Page **2** |
|---|---|---|---|

**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.)*

24a  Do you have evidence to support the business/investment use claimed? [ ] Yes [ ] No  24b  If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special allowance for qualified New York Liberty or Gulf Opportunity Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . | | | | | | 25 | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | | 28 | 0 | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . | | | | | | | 29 | 0 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicle:

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven . . . . . . . . . . . | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 . . . . | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting by your employees? . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employee: See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2006 tax year (see instructions) | | | | | |
| | | | | | |
| | | | | | |
| 43  Amortization of costs that began before your 2006 tax year . . . . . . . . . | | | | 43 | 4,567 |
| 44  **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . | | | | 44 | 4,567 |

Form 4562 (2006)

| Form **8846** | Credit for Employer Social Security and Medicare Taxes | OMB No. 1545-1414 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. | 2006 Attachment Sequence 98 |

| Name(s) shown on return | Identifying number |
|---|---|
| Thunderflower, LLC | 43-2024586 |

**Note.** Claim this credit **only** for social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) . . . . . . . . . . | 1 | 434,384 |
| 2 | Tips not subject to the credit provisions (see instructions) . . . . . . . . . . | 2 | 53,294 |
| 3 | Creditable tips. Subtract line 2 from line 1 . . . . . . . . . . | 3 | 381,090 |
| 4 | Multiply line 3 by 7.65% (.0765). If you had any tipped employees whose wages (including tips) exceeded $94,200, see instructions and check here . . . . . . . . . . ▶ ☐ | 4 | 29,153 |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations. . . . . . . . . . . . | 5 | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K; all others, report this amount on Form 3800, line 1j . . . . . . . . . . | 6 | 29,153 |

## General Instructions

Section references are to the Internal Revenue Code.

### What's New

• The tax liability limit is no longer figured on this form; instead, it must be figured on Form 3800, General Business Credit.
• Taxpayers that are not partnerships or S corporations and whose only source of this credit is from those pass-through entities, are not required to complete or file this form. Instead, they can report this credit directly on line 1j of Form 3800.

### Purpose of Form

Certain food and beverage establishments (see Who Should File below) use Form 8846 to claim a credit for social security and Medicare taxes paid or incurred by the employer on certain employees' tips. The credit is part of the general business credit.

You can claim or elect not to claim the credit any time within 3 years from the due date of your return on either your original return or on an amended return.

### Who Should File

File Form 8846 if you meet both of the following conditions.
**1.** You had employees who received tips from customers for providing, delivering, or serving food or beverages for consumption if

tipping of employees for delivering or serving food or beverages is customary.
**2.** During the tax year, you paid or incurred employer social security and Medicare taxes on those tips.

### How the Credit Is Figured

Generally, the credit equals the amount of employer social security and Medicare taxes paid or incurred by the employer on tips received by the employee. However, the employer social security and Medicare taxes on tips that are used to meet the Federal minimum wage rate applicable to the employee under the Fair Labor Standards Act are not included in the computation. The Federal minimum wage rate is $5.15 per hour.

For example, an employee worked 100 hours and received $350 in tips for October 2006. The worker received $375 in wages (excluding tips) at the rate of $3.75 an hour. Because the Federal minimum wage rate was $5.15 an hour, the employee would have received wages, excluding tips, of $515 had the employee been paid at the Federal minimum wage rate. Thus, only $210 of the employee's tips for October 2006 is taken into account for credit purposes.

### Specific Instructions

Figure the current year credit from your trade or business on lines 1 through 4.

### Line 1

Enter the tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year. Include tips received from customers for providing, delivering, or serving food or beverages for consumption if tipping of employees for delivering or serving food or beverages is customary.

### Line 2

If you pay each tipped employee wages (excluding tips) equal to or more than the Federal minimum wage rate, enter zero on line 2.

Figure the amount of tips included on line 1 that are not creditable for each employee on a monthly basis. This is the total amount that would be payable to the employee at the Federal minimum wage rate reduced by the wages (excluding tips) actually paid to the employee during the month. Enter on line 2 the total amounts figured for all employees.

### Line 4

If any tipped employee's wages and tips exceeded the 2006 social security tax wage base of $94,200 subject to the 6.2% rate, check the box on line 4 and attach a separate computation showing the amount of tips subject to only the Medicare tax rate of 1.45%. Subtract these tips from the line 3 tips and multiply the difference by .0765. Then, multiply the tips subject only to the Medicare tax by .0145. Enter the sum of these amounts on line 4.

Reduce the income tax deduction for employer social security and Medicare taxes by the amount on line 4.

For Paperwork Reduction Act Notice, see instructions.
(HTA)

Form **8846** (2006)

Form **8825**
(Rev. December 2006)

Department of the Treasury
Internal Revenue Service

## Rental Real Estate Income and Expenses of a Partnership or an S Corporation
► See instructions on back.
► **Attach to Form 1065, Form 1065-B, or Form 1120S.**

OMB No. 1545-1186

| Name | Employer identification number |
|---|---|
| Thunderflower, LLC | 43-2024586 |

**1** Show the kind and location of each property. See page 2 to list additional properties.

**A** Apartment Rental
2022 NE 18th and 2019 E 17 CT, Fort Lauderdale, FL 33305

**B** ---

**C** ---

**D** ---

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| **Rental Real Estate Income** | | **A** | **B** | **C** | **D** | |
| **2** | Gross rents | **2** | 53,002 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| **3** | Advertising | **3** | | | | |
| **4** | Auto and travel | **4** | | | | |
| **5** | Cleaning and maintenance | **5** | | | | |
| **6** | Commissions | **6** | | | | |
| **7** | Insurance | **7** | 5,726 | | | |
| **8** | Legal and other professional fees | **8** | 25,874 | | | |
| **9** | Interest | **9** | 15,677 | | | |
| **10** | Repairs | **10** | 8,057 | | | |
| **11** | Taxes | **11** | 28,061 | | | |
| **12** | Utilities | **12** | 22,439 | | | |
| **13** | Wages and salaries | **13** | | | | |
| **14** | Depreciation (see instructions) | **14** | 35,145 | | | |
| **15** | Other (list) ► See Attached Statement | **15** | 11,934 | | | |
| | Amortization | | 4,567 | | | |
| | --- | | | | | |
| **16** | Total expenses for each property. Add lines 3 through 15 | **16** | 157,480 | | | |

**17** Total gross rents. Add gross rents from line 2, columns A through H . . . . . . . . . . . . . . . | **17** | 53,002

**18** Total expenses. Add total expenses from line 16, columns A through H . . . . . . . . . . . . | **18** ( 157,480 )

**19** Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental
real estate activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19**

**20 a** Net income (loss) from rental real estate activities from partnerships, estates, and trusts in
which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) . . . . . | **20a**

**b** Identify below the partnerships, estates, or trusts from which net income (loss) is shown on
line 20a. Attach a schedule if more space is needed:

| **(1)** Name | **(2)** Employer identification number |
|---|---|
| --- | --- |
| --- | --- |
| --- | --- |

**21** Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on | **21** | -104,478

• **Form 1065 or 1120S:** Schedule K, line 2, or
• **Form 1065-B:** Part I, line 4

For Paperwork Reduction Act Notice, see back of form.

Form **8825** (12-2006)

(H1A)

**Form 7004**
(Rev. December 2006)
Department of the Treasury
Internal Revenue Service

## Application for Automatic 6-Month Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.

OMB No. 1545-0233

| Type or Print | Name | | Identifying number |
|---|---|---|---|
| File by the due date for the return for which an extension is requested. See instructions. | Thunderflower, LLC | | 43-2024586 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | | |
| | 406 East Silver Springs Blvd #203 | | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | | |
| | Ocala | FL | 34470 |

**Note. See instructions before completing this form.**

1   Enter the form code for the return that this application is for (see below) . . . . . . . . . . . . . | **09**

2   If the foreign corporation does not have an office or place of business in the United States, check here . . . . . ▶ ☐

3   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

4 a   The application is for calendar year 20 **06** , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

   b   **Short tax year.** If this tax year is less than 12 months, check the reason:

   ☐ Initial return   ☐ Final return   ☐ Change in accounting period   ☐ Consolidated return to be filed

5   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ▶ ☐
   If checked, attach a schedule, listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . | **6** | |
| 7 | **Total** payments and credits (see instructions) . . . . . . . . . | **7** | |
| 8 | **Balance due.** Subtract line 7 from line 6. Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW) (see instructions for exceptions) . . . . . . . . . | **8** | 0 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-H | 17 |
| Form 706-GS(T) | 02 | Form 1120-L | 18 |
| Form 990-C (2005) year in 2005 | 03 | Form 1120-ND | 19 |
| Form 1041 (estate) | 04 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (trust) | 05 | Form 1120-PC | 21 |
| Form 1041-N | 06 | Form 1120-POL | 22 |
| Form 1041-QFT | 07 | Form 1120-REIT | 23 |
| Form 1042 | 08 | Form 1120-RIC | 24 |
| Form 1065 | 09 | Form 1120-S | 25 |
| Form 1065-B | 10 | Form 1120-SF | 26 |
| Form 1066 | 11 | Form 3520-A | 27 |
| Form 1120 | 12 | Form 8612 | 28 |
| Form 1120 (sub T) (2005 tax year filed in 2006) | 13 | Form 8613 | 29 |
| Form 1120-A | 14 | Form 8725 | 30 |
| Form 1120-C | 15 | Form 8804 | 31 |
| Form 1120-F | 16 | Form 8831 | 32 |
| Form 1120-FSC | 18 | Form 8876 | 33 |

**For Paperwork Reduction Act Notice, see instructions.**
(HTA)

Form **7004** (Rev. 12-2006)

Thunderflower, LLC

43-2024586

## Line 20 (Form 1065) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Travel, Meals and Entertainment | | |
| | a Travel | 1a | 30,822 |
| 2 | From Form 4562 - Amortization | 2 | 186,376 |
| 3 | Bank charges | 3 | 50 |
| 4 | Insurance | 4 | 23,349 |
| 5 | Miscellaneous | 5 | 8,346 |
| 6 | Office supplies and expense | 6 | 26,482 |
| 7 | Promotion | 7 | 95,003 |
| 8 | Professional fees | 8 | 12,355 |
| 9 | Telephone | 9 | 1,999 |
| 10 | Utilities | 10 | 23,662 |
| 11 | Entertainers (Contract) | 11 | 282,735 |
| 12 | Janitorial & Cleaning | 12 | 38,561 |
| 13 | Merchant Fees | 13 | 383 |
| 14 | Security Expense | 14 | 61,095 |
| 15 | Total other deductions | 15 | 791,218 |

## Line 13a, Sch K (Form 1065) - Contributions

| | | | |
|---|---|---|---:|
| A | Code A - Cash contributions (50%) | A | 3,075 |
| | Total contributions | 13a | 3,075 |

## Line 15f, Sch K (Form 1065) - Other Credits

| | | | |
|---|---|---|---:|
| N | Code N - Credit for employer social security and medicare taxes (Form 8846) | N | 29,153 |
| | Total other credits | 15f | 29,153 |

## Line 13, Sch L (Form 1065) - Other Assets

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Employee Advances | 1 | 2,310 | 2,310 |
| 2 | Deposits | 2 | 4,119 | 4,119 |
| 3 | Total other assets | 3 | 6,429 | 6,429 |

## Line 17, Sch L (Form 1065) - Other Current Liabilities

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Sales Tax Payable | 1 | 21,010 | 21,382 |
| 2 | Rental Deposits Withheld | 2 | 3,338 | 3,338 |
| 3 | Total other current liabilities | 3 | 24,348 | 24,720 |

## Line 20, Sch L (Form 1065) - Other Liabilities

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Due to Shareholder | 1 | 4,602,450 | 4,978,596 |
| 2 | Total other liabilities | 2 | 4,602,450 | 4,978,596 |

## Line 2a, Sch M-2 (Form 1065) - Capital Contributed - Cash

| | | | |
|---|---|---|---:|
| 1 | Lee B. Farkas - Capital Contribution | 1 | 352,748 |
| 2 | Total capital contributed - cash | 2 | 352,748 |

## Use of Vehicles (4562 Part V, Section B) - 1065

| | Vehicle Description | Business Miles | Commuting Miles | Other Miles | Total Miles | Personal Use Off Duty? Y | N | More than 5% owner? Y | N | Another vehicle avail. for use? Y | N |
|---|---|---:|---|---:|---:|---|---|---|---|---|---|
| 1 | Mini Cooper | 10,000 | | 10,000 | 20,000 | X | | X | | X | |

43-2024586

# Form 4562 Statement - 1065

12/31/2006

## Depreciation Detail

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec... 179, Bonus | 2006 Deprec. | 2006 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | |
| 1 | Bldg Improve - CPMG | 10/31/2004 | R-7 | 100.00% | 83,147 | 0 | 0 | 83,147 | 15 | SL/GDS | HY | 45,716 | 2,756 | 48,472 |
| 3 | Furn & Equip - CPMG | 10/31/2004 | F-11 | 100.00% | 13,008 | 0 | 0 | 13,008 | 7 | 200DB | HY | 9,026 | 1,138 | 10,164 |
| 2 | Bldg Improve - Chishol | 12/4/2004 | F-7 | 100.00% | 34,045 | 0 | 0 | 34,045 | 15 | SL/GDS | HY | 18,718 | 1,128 | 19,846 |
| 4 | Furn & Equip - Chishol | 12/31/2004 | F-11 | 100.00% | 12,500 | 0 | 0 | 12,500 | 7 | 200DB | HY | 8,674 | 1,093 | 9,767 |
| 16 | Lighting - CPMG | 5/1/2005 | R-7 | 100.00% | 51,000 | 0 | 0 | 51,000 | 15 | SL/GDS | HY | 1,700 | 3,400 | 5,100 |
| 17 | Electrical - CPMG | 5/1/2005 | R-7 | 100.00% | 42,000 | 0 | 0 | 42,000 | 15 | SL/GDS | HY | 1,400 | 2,800 | 4,200 |
| 18 | Flooring - CPMG | 5/1/2005 | R-7 | 100.00% | 45,000 | 0 | 0 | 45,000 | 15 | SL/GDS | HY | 1,500 | 3,000 | 4,500 |
| 19 | HVAC - CPMG | 5/1/2005 | R-7 | 100.00% | 4,278 | 0 | 0 | 4,278 | 15 | SL/GDS | HY | 143 | 285 | 428 |
| 20 | Fixtures - CPMG | 5/1/2005 | F-11 | 100.00% | 175,000 | 0 | 0 | 175,000 | 7 | 200DB | HY | 25,008 | 42,858 | 67,866 |
| 22 | Crisper Cooler - CPMG | 5/1/2005 | F-10 | 100.00% | 7,000 | 0 | 0 | 7,000 | 7 | 200DB | HY | 1,000 | 1,714 | 2,714 |
| 23 | Sd Table Cooler - CPW | 5/1/2005 | F-10 | 100.00% | 5,000 | 0 | 0 | 5,000 | 7 | 200DB | HY | 715 | 1,225 | 1,940 |
| 24 | Stand Up Freezer - CP | 5/1/2005 | F-10 | 100.00% | 5,000 | 0 | 0 | 5,000 | 7 | 200DB | HY | 715 | 1,225 | 1,940 |
| 27 | Beer Coolers - CFMG | 5/1/2005 | F-10 | 100.00% | 74,785 | 0 | 0 | 74,785 | 15 | SL/GDS | HY | 10,687 | 18,315 | 29,002 |
| 5 | Lighting - Chisholm | 6/1/2005 | R-7 | 100.00% | 300,000 | 0 | 0 | 300,000 | 15 | SL/GDS | HY | 9,999 | 20,001 | 30,000 |
| 6 | Plumbing - Chisholm | 6/1/2005 | R-7 | 100.00% | 40,000 | 0 | 0 | 40,000 | 15 | SL/GDS | HY | 1,333 | 2,667 | 4,000 |
| 7 | Flooring - Chisholm | 6/1/2005 | R-7 | 100.00% | 163,821 | 0 | 0 | 163,821 | 15 | SL/GDS | HY | 5,460 | 10,922 | 16,382 |
| 8 | Electrical - Chisholm | 6/1/2005 | R-7 | 100.00% | 100,000 | 0 | 0 | 100,000 | 15 | SL/GDS | HY | 3,333 | 6,667 | 10,000 |
| 9 | HVAC - Chisholm | 6/1/2005 | R-7 | 100.00% | 20,980 | 0 | 0 | 20,980 | 15 | SL/GDS | HY | 699 | 1,399 | 2,098 |
| 12 | Audio Visual - Chisholm | 6/1/2005 | F-11 | 100.00% | 18,000 | 0 | 0 | 18,000 | 7 | 200DB | HY | 2,572 | 4,408 | 6,980 |
| 14 | Sound System - Chisho | 6/1/2005 | F-11 | 100.00% | 18,000 | 0 | 0 | 18,000 | 7 | 200DB | HY | 2,572 | 4,408 | 6,980 |
| 15 | Beer Coolers Chisholm | 6/1/2005 | F-10 | 100.00% | 47,653 | 0 | 0 | 47,653 | 7 | 200DB | HY | 6,810 | 11,670 | 18,480 |
| 21 | Pizza Oven - CPMG | 6/1/2005 | F-10 | 100.00% | 10,000 | 0 | 0 | 10,000 | 7 | 200DB | HY | 1,429 | 2,449 | 3,878 |
| 10 | Furniture - Chisolm | 8/1/2005 | F-11 | 100.00% | 350,000 | 0 | 0 | 350,000 | 7 | 200DB | HY | 50,015 | 85,715 | 135,730 |
| 11 | Fixtures - Chisolm | 8/1/2005 | F-11 | 100.00% | 400,000 | 0 | 0 | 400,000 | 7 | 200DB | HY | 57,160 | 97,960 | 155,120 |
| 25 | Computer | 8/1/2005 | F-5 | 100.00% | 1,178 | 0 | 0 | 1,178 | 5 | 200DB | HY | 236 | 377 | 613 |
| | **Total MACRS deductions for prior years (Line 17)** | | | | 2,021,395 | 0 | 0 | 2,021,395 | | | | 266,620 | 329,580 | 596,200 |
| **GDS 5-year property (Line 19b)** | | | | | | | | | | | | | | |
| 41 | Ford DRW SD Bus 200 | 5/30/2006 | V-4 | 100.00% | 126,770 | 0 | 0 | 126,770 | 5 | 200DB | HY | 0 | 25,354 | 25,354 |
| | **Total GDS 5-year property (Line 19b)** | | | | 126,770 | 0 | 0 | 126,770 | | | | 0 | 25,354 | 25,354 |
| **GDS 7-year property (Line 19c)** | | | | | | | | | | | | | | |
| 38 | Heaters - Chisholm | 1/31/2006 | F-10 | 100.00% | 6,038 | 0 | 0 | 6,038 | 7 | 200DB | HY | 0 | 863 | 863 |
| 30 | Audio Upgrade - CPMC | 2/26/2006 | F-11 | 100.00% | 4,108 | 0 | 0 | 4,108 | 7 | 200DB | HY | 0 | 587 | 587 |
| 31 | 4 Bottle Coolers - CPM | 6/30/2006 | F-10 | 100.00% | 5,191 | 0 | 0 | 5,191 | 7 | 200DB | HY | 0 | 742 | 742 |
| 32 | HVAC Unit - CPMG | 7/20/2006 | F-10 | 100.00% | 12,491 | 0 | 0 | 12,491 | 7 | 200DB | HY | 0 | 1,785 | 1,785 |
| 39 | A/V Equip - Chisholm | 9/13/2006 | F-11 | 100.00% | 19,977 | 0 | 0 | 19,977 | 7 | 200DB | HY | 0 | 2,855 | 2,855 |
| 37 | Seating/Design - Chish | 9/20/2006 | F-11 | 100.03% | 58,828 | 0 | 0 | 58,828 | 7 | 200DB | HY | 0 | 8,407 | 8,407 |
| 29 | Bar Stools - CPMG | 10/1/2006 | F-11 | 100.00% | 1,155 | 0 | 0 | 1,155 | 7 | 200DB | HY | 0 | 165 | 165 |
| 40 | Lighting Magnum - Chi | 10/5/2006 | F-11 | 100.03% | 37,350 | 0 | 0 | 37,350 | 7 | 200DB | HY | 0 | 5,337 | 5,337 |
| 33 | Ice Maker - CPMG | 12/14/2006 | F-10 | 100.00% | 7,132 | 0 | 0 | 7,132 | 7 | 200DB | HY | 0 | 1,019 | 1,019 |
| | **Total GDS 7-year property (Line 19c)** | | | | 152,270 | 0 | 0 | 152,270 | | | | 0 | 21,760 | 21,760 |
| **GDS 15-year property (Line 19e)** | | | | | | | | | | | | | | |
| 28 | Fence PL - CPMG | 2/1/2006 | R-2 | 100.00% | 2,550 | 0 | 0 | 2,550 | 15 | 150DB | HY | 0 | 128 | 128 |
| 35 | Bldg Renovations - Chi | 2/9/2006 | R-7 | 100.00% | 42,520 | 0 | 0 | 42,520 | 15 | SL/GDS | HY | 0 | 1,417 | 1,417 |
| 36 | Signage - Chisholm | 5/30/2006 | R-7 | 100.00% | 4,470 | 0 | 0 | 4,470 | 15 | SL/GDS | HY | 0 | 149 | 149 |
| | **Total GDS 15-year property (Line 19e)** | | | | 49,540 | 0 | 0 | 49,540 | | | | 0 | 1,694 | 1,694 |

Thunderflower, LLC

43-2024586

## Form 4562 Statement - 1065

12/31/2006

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec., 179, Bonus | 2006 Deprec. | 2006 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Subtotal** | | | | 2,349,975 | 0 | 0 | 2,349,975 | | | | 266,620 | 378,388 | 645,008 |

### Listed Property

**Listed property with more than 50% business use (Line 26 and 26)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Laptop Dell - CPMG | 6/1/2006 | F-4 | 100.00% | 971 | 0 | 0 | 971 | 5 | 200DB | HY | 0 | 194 | 194 |
| | **Total listed prop with > 50% business use** | | | | 971 | 0 | 0 | 971 | | | | 0 | 194 | 194 |

**Listed Property with 50% or less business use (Line 27)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Mini Cooper | 1/1/2005 | V-5 | 50.00% | 25,000 | 0 | 0 | 12,500 | 5 | SL/GDS | HY | 1,250 | 2,350 | 3,600 |
| | **Total listed prop with < 50% business use** | | | | 25,000 | 0 | 0 | 12,500 | | | | 1,250 | 2,350 | 3,600 |

### Subtotal Listed Property

| | | | | | 25,971 | 0 | 0 | 13,471 | | | | 1,250 | 2,544 | 3,794 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Total Amortization (Line 44)**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | Goodwill - Thunderflow | 3/26/2004 | Z-9 | 100.00% | 1,505,810 | 0 | 0 | 1,505,810 | 15 | SL | FM | 184,055 | 100,392 | 284,447 |
| A-2 | Goodwill - CPMG | 3/26/2004 | Z-9 | 100.00% | 689,693 | 0 | 0 | 689,693 | 15 | SL | FM | 84,301 | 45,982 | 130,283 |
| A-3 | Goodwill - Chisholm | 3/26/2004 | Z-9 | 100.00% | 600,000 | 0 | 0 | 600,000 | 15 | SL | FM | 73,338 | 40,002 | 113,340 |
| | **Total Total Amortization (Line 44)** | | | | 2,795,503 | 0 | 0 | 2,795,503 | | | | 341,694 | 186,376 | 528,070 |
| | | | | | 5,171,449 | 0 | 0 | 5,158,949 | | | | 609,564 | 567,308 | 1,176,872 |

## Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization | |
| Special allowance except listed property (Line 14) - current year assets | 567,308 |
| Special allowance - listed property (Line 25) - current year assets | 0 |
| Section 179 deduction claimed (includes prior year disallowed) | 0 |
| Section 179 deduction carried forward to future year | 0 |
| Section 179 deduction (Line 12) reported on Schedule K | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | 186,376 |
| **Form 4562 , Line 22** | 380,932 |

43-2024586

Thunderflower, LLC

## Form 4562 Statement - 8825: Ft Laud

12/31/2006

### Depreciation Detail

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec. 179, Bonus | 2006 Deprec. | 2006 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | |
| 1 | 2371 Apartment Bldg | 3/26/2004 | R-4 | 100.00% | 319,366 | 0 | 0 | 319,366 | 27.5 | SL/GDS | MM | 20,807 | 11,612 | 32,419 |
| 2 | 2019 Apartment Bldg | 3/26/2004 | R-4 | 100.00% | 289,207 | 0 | 0 | 289,207 | 27.5 | SL/GDS | MM | 18,842 | 10,516 | 29,358 |
| 3 | 2022 Hideaway | 3/26/2004 | R-5 | 100.00% | 507,686 | 0 | 0 | 507,686 | 39 | SL/GDS | MM | 23,338 | 13,017 | 36,355 |
| | Total MACRS deductions for prior years (Line 17) | | | | 1,116,259 | 0 | 0 | 1,116,259 | | | | 62,987 | 35,145 | 98,132 |
| | **Subtotal** | | | | 1,116,259 | 0 | 0 | 1,116,259 | | | | 62,987 | 35,145 | 98,132 |
| | **Total Amortization (Line 44)** | | | | | | | | | | | | | |
| A-1 | Legal Fees - Start-up | 3/26/2004 | Z-8 | 100.00% | 68,500 | 0 | 0 | 68,500 | 15 | SL | FM | 8,373 | 4,567 | 12,940 |
| | Total Total Amortization (Line 44) | | | | 68,500 | 0 | 0 | 68,500 | | | | 8,373 | 4,567 | 12,940 |
| | | | | | 1,184,759 | 0 | 0 | 1,184,759 | | | | 71,360 | 39,712 | 111,072 |

## Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization | 39,712 |
| Special allowance except listed property (Line 14) - current year assets | 0 |
| Special allowance - listed property (Line 25) - current year assets | 0 |
| Section 179 deduction claimed (includes prior year disallowed) | 0 |
| Section 179 deduction carried forward to future year | 0 |
| Section 179 deduction (Line 12) reported on Schedule K | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | 4,567 |
| **Form 4562 , Line 22** | 35,145 |

Thunderflower, LLC

## Line 15 (8825) - Other Expense Summary for Ft Laud

| | | | |
|---|---|---|---:|
| 1 | Bank Charges | 1 | 175 |
| 2 | Licenses & Permits | 2 | 2 613 |
| 3 | Telephone | 3 | 4 815 |
| 4 | Miscellaneous | 4 | 4 331 |
| 5 | Total | 5 | 11 934 |

## Statements          Thunderflower, LLC                    43-2024586

## ☒   Line 3, Schedule B (Form 1065) - Other Information

CPMG, LLC     -     FEIN# 32-0086014    227 Tenth Street NE Atlanta, GA 30309  USA    Disregarded Entity

Chisholm Properties of Atlanta, LLC FEIN# 72-1511463  960 Spring St NW Atlanta, GA 30309 USA Disregarded Entity

**<u>COMPOSITE EXHIBIT D</u>**

# Tax Return
## for

**Thunderflower, LLC**

# 2005

**Bloom and Associates, LLC**
**1413 Old Virginia Ct.**
**Marietta, GA 30067**
**770-313-5892**

Bloom and Associates, LLC
1413 Old Virginia Ct.
Marietta, GA 30067
770-313-5892

November 21, 2006

Thunderflower, LLC
2202 NE 18th Ave
Ft. Lauderdale, FL 33305

Dear Sir,

Enclosed are two copies of the 2005 federal tax return for Thunderflower, LLC, which were prepared based on the information you provided. Please review and then file one copy with the agency listed below and retain the second copy for your records. A general partner or a limited liability company member must sign and date the filing copy before you mail the return.

We recommend that you mail the federal return using the United States Post Office certified mail service or another approved delivery service that can provide you with proof of your mailing date. If you use the USPS certified mail service, mail the federal return as soon as possible, to:

      Internal Revenue Service Center
      Ogden, UT 84201-0011

If you have questions about your return(s) or about your tax situation during the year, please call us at 770-313-5892. We appreciate this opportunity to serve you.

Sincerely,

Jennifer Bloom, CPA
Bloom and Associates, LLC

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2005, or tax year beginning _____ , ending _____

▶ **See separate instructions.**

OMB No. 1545-0099

**2005**

| | | |
|---|---|---|
| **A** Principal business activity<br>Rentals/Bars | **Use the IRS label. Other-wise, print or type.** | **Name of partnership**<br>Thunderflower, LLC |
| **B** Principal product or service<br>Apartments/Bars | | **Number, street, and room or suite no. If a P.O. box, see the instructions.**<br>2202 NE 18th Ave |
| **C** Business code number<br><br>531110/722410 | | **City or town**  Ft. Lauderdale     **State** FL     **ZIP code** 33305 |

| **D** Employer identification no.<br>43-2024586 |
|---|
| **E** Date business started<br>3/26/2004 |
| **F** Total assets (see the instructions)<br>$ 5,572,233 |

**G** Check applicable boxes: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change   **(5)** ☐ Amended return

**H** Check accounting method:   **(1)** ☒ Cash     **(2)** ☐ Accrual     **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year   ▶ _____ 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---:|
| **1a** | Gross receipts or sales | **1a** | 2,287,488 | |
| **b** | Less returns and allowances | **1b** | 0 | |
| | | | **1c** | 2,287,488 |
| **2** | Cost of goods sold (Schedule A, line 8) | | **2** | 514,597 |
| **3** | Gross profit. Subtract line 2 from line 1c | | **3** | 1,772,891 |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | 0 |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | 0 |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | 0 |
| **7** | Other income (loss) (attach statement) | | **7** | 0 |
| **8** | **Total income (loss).** Combine lines 3 through 7 | | **8** | 1,772,891 |

### Deductions (see the instructions for limitations)

| | | | | |
|---|---|---|---|---:|
| **9** | Salaries and wages (other than to partners) (less employment credits) | | **9** | 492,581 |
| **10** | Guaranteed payments to partners | | **10** | 0 |
| **11** | Repairs and maintenance | | **11** | 44,834 |
| **12** | Bad debts | | **12** | 0 |
| **13** | Rent | | **13** | 189,656 |
| **14** | Taxes and licenses | | **14** | 99,088 |
| **15** | Interest | | **15** | 0 |
| **16a** | Depreciation (if required, attach Form 4562) | **16a** | 192,744 | |
| **b** | Less depreciation reported on Schedule A and elsewhere on return | **16b** | 0 | **16c** | 192,744 |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) | | **17** | 0 |
| **18** | Retirement plans, etc. | | **18** | 0 |
| **19** | Employee benefit programs | | **19** | 19,963 |
| **20** | Other deductions (attach statement) | | **20** | 1,080,910 |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 2,119,776 |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | -346,885 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of general partner or limited liability company member manager     Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

| **Paid Preparer's Use Only** | Preparer's signature | Date 11/21/2006 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN  P00452101 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code | Bloom and Associates, LLC<br>1413 Old Virginia Ct.<br>Marietta     State GA     ZIP code 30067 | | EIN ▶ 51-0475294<br>Phone no 770-313-5892 |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**      Form **1065** (2005)

(HTA)

Form 1065 (2005)   Thunderflower, LLC                                                      43-2024586     Page **2**

| Schedule A | Cost of Goods Sold (see the instructions) | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . | 1 | 35,329 |
| 2 | Purchases less cost of items withdrawn for personal use . . . . . . . . | 2 | 502,859 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . | 3 | 0 |
| 4 | Additional section 263A costs *(attach statement)* . . . . . . . . . . | 4 | 0 |
| 5 | Other costs *(attach statement)* . . . . . . . . . . . . . . . | 5 | 55,941 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . | 6 | 594,129 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . | 7 | 79,532 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 . . | 8 | 514,597 |

9a Check all methods used for valuing closing inventory:
   **(i)** [X] Cost as described in Regulations section 1.471-3
   **(ii)** [ ] Lower of cost or market as described in Regulations section 1.471-4
   **(iii)** [ ] Other (specify method used and attach explanation) ▶ _____

 b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) . . ▶ [ ]

 c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)*. ▶ [ ]

 d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? . . . [ ] Yes  [X] No

 e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? [ ] Yes  [ ] No
   If "Yes," attach explanation.

| Schedule B | Other Information | | Yes | No |
|---|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | | |
| a | [ ] Domestic general partnership | b [ ] Domestic limited partnership | | |
| c | [X] Domestic limited liability company | d [ ] Domestic limited liability partnership | | |
| e | [ ] Foreign partnership | f [ ] Other ▶ _____ | | |
| 2 | Are any partners in this partnership also partnerships? . . . . . . . . . . . . | | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment . . . . . . . . . . . | | X | |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . . . . . . . . . . . . . . | | | X |
| 5 | Does this partnership meet all three of the following requirements? | | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; and | | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1. . . . . . . . . . . . . . . . . . . . | | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions . . . . . . . . . . . . . . . . . . | | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . | | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . | | | X |
| 9 | At any time during calendar year 2005, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ _____ | | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions . . . . . | | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under *Elections Made By the Partnership* in the instructions . . . . | | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . ▶ | | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

| Name of designated TMP ▶ | Lee Farkas | Identifying number of TMP ▶ | 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 |
|---|---|---|---|
| Address of designated TMP ▶ | 101NE 2nd Street | | |
| | Ocala | FL | 34470 |

Form **1065** (2005)

Form 1065 (2005)  Thunderflower, LLC                                                                43-2024586          Page **3**

| Schedule K | | Partners' Distributive Share Items | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . | | **1** | -346,885 |
| | 2 | Net rental real estate income (loss) *(attach Form 8825)* . . . . . . | | **2** | -71,271 |
| | 3a | Other gross rental income (loss) . . . . . . . . . | 3a | 0 | | |
| | b | Expenses from other rental activities *(attach statement)* . . . . | 3b | 0 | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . | | **3c** | 0 |
| | 4 | Guaranteed payments . . . . . . . . . . . . . . . | | **4** | 0 |
| | 5 | Interest income . . . . . . . . . . . . . . . . . | | **5** | 0 |
| | 6 | Dividends:  a  Ordinary dividends . . . . . . . . | | **6a** | 0 |
| | | b  Qualified dividends . . . . . . . | 6b | 0 | | |
| | 7 | Royalties . . . . . . . . . . . . . . . . . . . | | **7** | 0 |
| | 8 | Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* . . | | **8** | 0 |
| | 9a | Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* . . | | **9a** | 0 |
| | b | Collectibles (28%) gain (loss) . . . . . . . . . | 9b | 0 | | |
| | c | Unrecaptured section 1250 gain *(attach statement)* . . | 9c | 0 | | |
| | 10 | Net section 1231 gain (loss) *(attach Form 4797)* . . . . . . . | | **10** | 0 |
| | 11 | Other income (loss) *(see instructions)* Type ▶ | | **11** | |
| **Deductions** | 12 | Section 179 deduction *(attach Form 4562)* . . . . . . . . . . | | **12** | 0 |
| | 13a | Contributions . . . . . . . . . . . . . . . . . | | **13a** | 7,600 |
| | b | Investment interest expense . . . . . . . . . . . . | | **13b** | 0 |
| | c | Section 59(e)(2) expenditures:   **(1)** Type ▶                **(2)** Amount ▶ | | **13c(2)** | 0 |
| | d | Other deductions *(see instructions)* Type ▶ | | **13d** | 0 |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment . . . . . . . . . | | **14a** | -346,885 |
| | b | Gross farming or fishing income . . . . . . . . . . | | **14b** | 0 |
| | c | Gross nonfarm income . . . . . . . . . . . . . . | | **14c** | 1,772,891 |
| **Credits & Credit Recapture** | 15a | Low-income housing credit (section 42(j)(5)) . . . . . . . . | | **15a** | 0 |
| | b | Low-income housing credit (other) . . . . . . . . . . | | **15b** | 0 |
| | c | Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)* | | **15c** | 0 |
| | d | Other rental real estate credits *(see instructions)*    Type ▶ | | **15d** | 0 |
| | e | Other rental credits *(see instructions)*        Type ▶ | | **15e** | 0 |
| | f | Other credits and credit recapture *(see instructions)* Type ▶ Code P-Employer SS tax cred | | **15f** | 17,234 |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | | | |
| | b | Gross income from all sources . . . . . . . . . . . | | **16b** | 0 |
| | c | Gross income sourced at partner level . . . . . . . . | | **16c** | 0 |
| | | *Foreign gross income sourced at partnership level* | | | |
| | d | Passive ▶            0  e  Listed categories *(attach statement)* ▶            0  f  General limitation ▶ | | **16f** | 0 |
| | | *Deductions allocated and apportioned at partner level* | | | |
| | g | Interest expense ▶            0        h  Other ▶ | | **16h** | 0 |
| | | *Deductions allocated and apportioned at partnership level to foreign source income* | | | |
| | l | Passive ▶            0  j  Listed categories *(attach statement)* ▶            0  k  General limitation ▶ | | **16k** | 0 |
| | l | Total foreign taxes (check one): ▶    Paid ☐    Accrued ☐ | | **16l** | 0 |
| | m | Reduction in taxes available for credit *(attach statement)* . . . | | **16m** | 0 |
| | n | Other foreign tax information *(attach statement)* . . . . . . | | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment . . . . . . . . . . | | **17a** | 39,812 |
| | b | Adjusted gain or loss . . . . . . . . . . . . . . | | **17b** | 0 |
| | c | Depletion (other than oil and gas) . . . . . . . . . . | | **17c** | 0 |
| | d | Oil, gas, and geothermal properties—gross income . . . . | | **17d** | 0 |
| | e | Oil, gas, and geothermal properties—deductions . . . . . | | **17e** | 0 |
| | f | Other AMT items *(attach statement)* . . . . . . . . . | | **17f** | 0 |
| **Other Information** | 18a | Tax-exempt interest income . . . . . . . . . . . . | | **18a** | 0 |
| | b | Other tax-exempt income . . . . . . . . . . . . . | | **18b** | 0 |
| | c | Nondeductible expenses . . . . . . . . . . . . . | | **18c** | 0 |
| | 19a | Distributions of cash and marketable securities . . . . . . | | **19a** | |
| | b | Distributions of other property . . . . . . . . . . . | | **19b** | 0 |
| | 20a | Investment income . . . . . . . . . . . . . . . | | **20a** | 0 |
| | b | Investment expenses . . . . . . . . . . . . . . . | | **20b** | 0 |
| | c | Other items and amounts *(attach statement)* . . . . . . | | | |

Form **1065** (2005)

Form 1065 (2005)    Thunderflower, LLC                                    43-2024586        Page **4**

## Analysis of Net Income (Loss)

**1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of
Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . **1** | -425,756

**2** Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | 0 | -383,180 | 0 | 0 | 0 | 0 |
| **b** Limited partners | 0 | -42,576 | 0 | 0 | 0 | 0 |

**Note:** Schedules L, M-1, and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash . . . . . . . . . . | | 31,728 | | 140,539 |
| **2a** Trade notes and accounts receivable . . . . | 0 | | 0 | |
| **b** Less allowance for bad debts . . . . | 0 | 0 | 0 | 0 |
| **3** Inventories . . . . . . . . | | 35,329 | | 79,532 |
| **4** U.S. government obligations . . . . | | 0 | | 0 |
| **5** Tax-exempt securities . . . . . | | 0 | | 0 |
| **6** Other current assets (attach statement) . . . | | 0 | | 0 |
| **7** Mortgage and real estate loans . . . | | 0 | | 0 |
| **8** Other investments (attach statement) . . . | | 0 | | 0 |
| **9a** Buildings and other depreciable assets . . . | 1,258,959 | | 3,162,654 | |
| **b** Less accumulated depreciation . . . . | 102,968 | 1,155,991 | 330,857 | 2,831,797 |
| **10a** Depletable assets . . . . . | 0 | | 0 | |
| **b** Less accumulated depletion . . . . | 0 | 0 | 0 | 0 |
| **11** Land (net of any amortization) . . . | | 0 | | 0 |
| **12a** Intangible assets (amortizable only) . . . | 2,864,003 | | 2,864,003 | |
| **b** Less accumulated amortization . . . | 159,124 | 2,704,879 | 350,067 | 2,513,936 |
| **13** Other assets (attach statement) . . . | | 1,290 | | 6,429 |
| **14** Total assets . . . . . . | | 3,929,217 | | 5,572,233 |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable . . . . . . . | | 0 | | 0 |
| **16** Mortgages, notes, bonds payable in less than 1 year | | 0 | | 0 |
| **17** Other current liabilities (attach statement) . . | | 9,519 | | 24,348 |
| **18** All nonrecourse loans . . . . . | | 0 | | 0 |
| **19** Mortgages, notes, bonds payable in 1 year or more | | 0 | | 0 |
| **20** Other liabilities (attach statement) . . . | | 4,233,376 | | 4,602,450 |
| **21** Partners' capital accounts . . . . | | ( 313,678) | | 945,435 |
| **22** Total liabilities and capital . . | | 3,929,217 | | 5,572,233 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**1** Net income (loss) per books . . . . . | -425,756

**2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): _____ | 0

**3** Guaranteed payments (other than health insurance) . . . . . . . . . . . | 0

**4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):

**a** Depreciation  $ _____ 0

**b** Travel and entertainment $ _____ 0 | 0

**5** Add lines 1 through 4 . . . . . . | -425,756

**6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):

**a** Tax-exempt interest  $ _____ 0
_____ 0 | 0

**7** Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):

**a** Depreciation  $ _____ 0
_____ 0
_____ 0 | 0

**8** Add lines 6 and 7 . . . . . . . . | 0

**9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . | -425,756

## Schedule M-2    Analysis of Partners' Capital Accounts

**1** Balance at beginning of year . . . | -313,678

**2** Capital contributed:    **a** Cash . . . . | 1,684,869
                             **b** Property . . | 0

**3** Net income (loss) per books . . . | -425,756

**4** Other increases (itemize): _____
_____ | 0

**5** Add lines 1 through 4 . . . . . | 945,435

**6** Distributions:  **a** Cash . . . . . . . | 0
                      **b** Property . . . . . | 0

**7** Other decreases (itemize): _____
_____ | 0

**8** Add lines 6 and 7 . . . . . . . | 0

**9** Balance at end of year. Subtract line 8 from line 5 | 945,435

Form **1065** (2005)

651105

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

## Schedule K-1 (Form 1065)

### 2005

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____, 2005
ending _____, 20 ___

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

### Part I  Information About the Partnership

**A**  Partnership's employer identification number
43-2024586

**B**  Partnership's name, address, city, state, and ZIP code

Thunderflower, LLC

2202 NE 18th Ave
Ft. Lauderdale          FL    33305

**C**  IRS Center where partnership filed return
Ogden, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**E** ☐ Tax shelter registration number, if any  _____

**F** ☐ Check if Form 8271 is attached

### Part II  Information About the Partner

**G**  Partner's identifying number          Partner: 1
████████

**H**  Partner's name, address, city, state, and ZIP code

Lee Farkas
101NE 2nd Street
Ocala, FL 34470

**I** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**J** ☒ Domestic partner   ☐ Foreign partner

**K**  What type of entity is this partner? Active Individual

**L**  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 90.% | 90.% |
| Loss | 90.% | 90.% |
| Capital | 90.% | 90.% |

**M**  Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | 4,164,118 |
| Qualified nonrecourse financing | $ | 0 |
| Recourse | $ | 0 |

**N**  Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | -313,678 |
| Capital contributed during the year | $ | 1,674,869 |
| Current year increase (decrease) | $ | -383,180 |
| Withdrawals & distributions | $ ( | ) |
| Ending capital account | $ | 978,011 |

☐ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

| # | | | # | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -312,196 | 15 P | Credits & credit recapture  15,511 |
| 2 | Net rental real estate income (loss) | -64,144 | | |
| 3 | Other net rental income (loss) | 0 | 16 | Foreign transactions  0 |
| 4 | Guaranteed payments | 0 | | 0 |
| 5 | Interest income | 0 | | 0 |
| 6a | Ordinary dividends | 0 | | 0 |
| 6b | Qualified dividends | 0 | | 0 |
| 7 | Royalties | 0 | | 0 |
| 8 | Net short-term capital gain (loss) | 0 | | 0 |
| 9a | Net long-term capital gain (loss) | 0 | 17 A | Alternative minimum tax (AMT) items  35,831 |
| 9b | Collectibles (28%) gain (loss) | 0 | | |
| 9c | Unrecaptured section 1250 gain | 0 | | 0 |
| 10 | Net section 1231 gain (loss) | 0 | 18 | Tax-exempt income and nondeductible expenses  0 |
| 11 | Other income (loss) | 0 | | 0 |
| | | 0 | | 0 |
| | | 0 | 19 | Distributions  0 |
| 12 | Section 179 deduction | 0 | | 0 |
| 13 A | Other deductions  6,840 | | 20 | Other information  0 |
| | | 0 | | 0 |
| | | 0 | | 0 |
| 14 A | Self-employment earnings (loss)  -312,197 | | | |
| C | 1,595,602 | | | 0 |

*See attached statement for additional information.

For IRS Use Only

651105

| | Final K-1 | | Amended K-1 | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**

## 2005

Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax
year beginning _____ , 2005
ending _____ , 20 ____

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---:|---|---:|
| 1 | Ordinary business income (loss) | -34,689 | 15 Credits & credit recapture | |
| | | | P | 1,723 |
| 2 | Net rental real estate income (loss) | -7,127 | | 0 |
| 3 | Other net rental income (loss) | 0 | 16 Foreign transactions | 0 |
| 4 | Guaranteed payments | 0 | | 0 |
| 5 | Interest income | 0 | | 0 |
| 6a | Ordinary dividends | 0 | | 0 |
| 6b | Qualified dividends | 0 | | 0 |
| 7 | Royalties | 0 | | 0 |
| 8 | Net short-term capital gain (loss) | 0 | | |
| 9a | Net long-term capital gain (loss) | 0 | 17 Alternative minimum tax (AMT) items | |
| | | | A | 3,981 |
| 9b | Collectibles (28%) gain (loss) | 0 | | 0 |
| 9c | Unrecaptured section 1250 gain | 0 | | 0 |
| 10 | Net section 1231 gain (loss) | 0 | 18 Tax-exempt income and nondeductible expenses | |
| 11 | Other income (loss) | 0 | | 0 |
| | | 0 | | 0 |
| | | 0 | 19 Distributions | 0 |
| 12 | Section 179 deduction | 0 | | 0 |
| 13 | Other deductions | | 20 Other information | 0 |
| | A | 760 | | |
| | | 0 | | 0 |
| | | 0 | | 0 |
| 14 | Self-employment earnings (loss) | | | 0 |
| | A | -34,689 | | |
| | C | 177,289 | | 0 |

### Part I    Information About the Partnership

A  Partnership's employer identification number

43-2024586

B  Partnership's name, address, city, state, and ZIP code

Thunderflower, LLC

2202 NE 18th Ave
Ft. Lauderdale          FL    33305

C  IRS Center where partnership filed return

Ogden, UT

D  ☐ Check if this is a publicly traded partnership (PTP)

E  Tax shelter registration number, if any  _____

F  ☐ Check if Form 8271 is attached

### Part II    Information About the Partner

G  Partner's identifying number          **Partner: 2**

H  Partner's name, address, city, state, and ZIP code

Richard A Frankel
10289 Bentwood court
Highlands Ranch, CO 80126

I  ☐ General partner or LLC member-manager     ☒ Limited partner or other LLC member

J  ☒ Domestic partner     ☐ Foreign partner

K  What type of entity is this partner?  Active Individual

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.% | 10.% |
| Loss | 10.% | 10.% |
| Capital | 10.% | 10.% |

M  Partner's share of liabilities at year end:

Nonrecourse . . . . . $ _____ 462,680
Qualified nonrecourse financing . . $ _____ 0
Recourse . . . . . . . $ _____ 0

N  Partner's capital account analysis:

Beginning capital account . . . . . $ _____ 0
Capital contributed during the year . . $ _____ 10,000
Current year increase (decrease) . . . $ _____ -42,576
Withdrawals & distributions . . . . $ ( _____ )
Ending capital account . . . . . . $ _____ -32,576

☐ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

*See attached statement for additional information.

*For IRS Use Only*

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2005

(HTA)

Form **4562**

(Rev. January 2006)

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization

## (Including Information on Listed Property)

▶ See separate instructions.   ▶ Attach to your tax return.

OMB No. 1545-0172

**2005**

Attachment
Sequence No. **67**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Thunderflower, LLC | 1065 - Rentals/Bars | 43-2024586 |

**Part I**  **Election To Expense Certain Property Under Section 179**

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses . . . . . . . . . | **1** | 105,000 |
| 2 Total cost of section 179 property placed in service (see instructions). . . . . . . . . . . . | **2** | 0 |
| 3 Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . | **3** | 420,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | 0 |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 105,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . | **7** | 0 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | **8** | 0 |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . | **9** | 0 |
| 10 Carryover of disallowed deduction from line 13 of your 2004 Form 4562. . . . . . . . . . | **10** | 0 |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) . . | **11** | 0 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . | **12** | 0 |
| 13 Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 . . . ▶ | **13** | 0 | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II**  **Special Depreciation Allowance and Other Depreciation (Do not** include listed property.) (See instructions)

| | | |
|---|---|---|
| 14 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) . . . . . | **14** | 0 |
| 15 Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . | **15** | 0 |
| 16 Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . | **16** | 0 |

**Part III**  **MACRS Depreciation (Do not** include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2005 . . . . . . | **17** | 7,008 |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | 1,178 | 5 | HY | 200DB | 236 |
| c  7-year property | | See | Attached | Statement | | 158,683 |
| d  10-year property | | | | | | |
| e  15-year property | | See | Attached | Statement | | 25,567 |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . | **21** | 1,250 |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. . . . . . | **22** | 192,744 |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . | **23** | 0 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2005) (Rev. 1-2006)

(HTA)

| Form 4562 (2005) (Rev. 1-2006) | Thunderflower, LLC | 43-2024586 | Page **2** |
|---|---|---|---|

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

| 24a | Do you have evidence to support the business/investment use claimed? | X Yes | No | 24b | If "Yes," is the evidence written? | X Yes | No |
|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | **25** | | 0 | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| Mini Cooper | 1/1/2005 | 50.00% | 25,000 | 12,500 | 5 | S/L - HY | 1,250 | |
| | | | | | | S/L - | | |
| | | | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . | | | | | | **28** | 1,250 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . | | | | | | | **29** | 0 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . | 5,000 | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year . | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven . . . . . . | 5,000 | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 . | 10,000 | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| | | X | | | | | | | | | | | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | X | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? . . . . . | X | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI**  **Amortization**

| | (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|---|
| **42** | Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | | |
| **43** | Amortization of costs that began before your 2005 tax year . . . . . . . . . | | | | **43** | 186,376 |
| **44** | **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . | | | | **44** | 186,376 |

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| (Rev. January 2006) | **(Including Information on Listed Property)** | **2005** |
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.    ▶ Attach to your tax return. | Attachment<br>Sequence No. 67 |

| Name(s) shown on return<br>Thunderflower, LLC | Business or activity to which this form relates<br>8825: 01 - Apartment Rentals | Identifying number<br>43-2024586 |
|---|---|---|

## Part I    Election To Expense Certain Property Under Section 179

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---:|---:|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | **1** | 105,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 0 |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 420,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 105,000 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | | |
|---|---|---:|---:|
| 7 | Listed property. Enter the amount from line 29 . . . . **7** | | 0 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2004 Form 4562 | **10** | 0 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ▶ **13** | | 0 |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions)

| | | | |
|---|---|---:|---:|
| 14 | Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year (see instructions) | **14** | 0 |
| 15 | Property subject to section 168(f)(1) election | **15** | 0 |
| 16 | Other depreciation (including ACRS) | **16** | 0 |

## Part III    MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---:|---:|
| 17 | MACRS deductions for assets in service in tax years beginning before 2005 | **17** | 35,145 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . ▶ ☐ | | |

### Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary (see instructions)

| | | | |
|---|---|---:|---:|
| 21 | Listed property. Enter amount from line 28 | **21** | 0 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 35,145 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . **23** | | 0 |

For Paperwork Reduction Act Notice, see separate instructions.                Form **4562** (2005) (Rev. 1-2006)

(HTA)

Form 4562 (2005) (Rev. 1-2006)  Thunderflower, LLC  43-2024586  Page **2**

**Part V** Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.* )**

| 24a Do you have evidence to support the business/investment use claimed? | [ ]Yes [ ]No | 24b If "Yes," is the evidence written? | [ ]Yes [ ]No |
|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) | | | | | **25** | | 0 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . | | | | | | **28** | 0 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . | | | | | | | **29** | 0 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . | | |
| **Note:** *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.* | | |

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year . . . . . . . . | | | | **43** | 4,567 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . | | | | **44** | 4,567 |

Form 4562 (2005) (Rev. 1-2006)

Form **8846**

Department of the Treasury
Internal Revenue Service

### Credit for Employer Social Security and Medicare Taxes Paid on Certain Employee Tips

▶ Attach to your tax return.

OMB No. 1545-1414

**2005**

Attachment Sequence No. **98**

| Name(s) shown on return | Identifying number |
|---|---|
| Thunderflower, LLC | 43-2024586 |

**Note.** Claim this credit **only** for social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

### Part I — Current Year Credit

| | | | |
|---|---|---|---|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) . . . . . . . . . . | 1 | 265,444 |
| 2 | Tips not subject to the credit provisions (see instructions) . . . . . . . . . . | 2 | 40,165 |
| 3 | Creditable tips. Subtract line 2 from line 1 . . . . . . . . . . | 3 | 225,279 |
| 4 | Multiply line 3 by 7.65% (.0765). If you had any tipped employees whose wages (including tips) exceeded $90,000, see instructions and check here ▶ ☐ | 4 | 17,234 |

| 5 | Form 8846 credits from pass-through entities: | If you are a— | Then enter the Form 8846 credits from— | | |
|---|---|---|---|---|---|
| | | a  Shareholder | Schedule K-1 (Form 1120S) box 13, code F, G, or P | | |
| | | b  Partner | Schedule K-1 (Form 1065) box 15, code F, G, or P | 5 | 0 |

| | | | |
|---|---|---|---|
| 6 | **Current year credit.** Add lines 4 and 5 . . . . . . . . . . | 6 | 17,234 |

### Part II — Allowable Credit (See Who must file Form 3800 to find out if you complete Part II or file Form 3800.)

| | | | |
|---|---|---|---|
| 7 | Regular tax before credits: | | |
| | • Individuals. Enter the amount from Form 1040, line 44 . . . . . | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, line 3; Form 1120-A, Part I, line 1; or the applicable line of your return . . . . . . . . . | 7 | 0 |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, or the amount from the applicable line of your return . . . . . . | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 35 . . . . . | | |
| | • Corporations. Enter the amount from Form 4626, line 14 . . . . . | 8 | 0 |
| | • Estates and trusts. Enter the amount from Form 1041, Schedule I, line 56 . | | |
| 9 | Add lines 7 and 8 . . . . . . . . . . | 9 | 0 |

| | | | | |
|---|---|---|---|---|
| 10 a | Foreign tax credit . . . . . . . . . | 10a | 0 | |
| b | Credits from Form 1040, lines 48 through 54 . . . . | 10b | 0 | |
| c | Possessions tax credit (Form 5735, line 17 or 27) . . . | 10c | 0 | |
| d | Nonconventional source fuel credit (Form 8907, line 23) . . | 10d | 0 | |
| e | Other specified credits (see instructions) . . . . | 10e | 0 | |
| f | Add lines 10a through 10e . . . . . . . . | | 10f | 0 |

| | | | |
|---|---|---|---|
| 11 | Net income tax. Subtract line 10f from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 . . . . . . . . . . | 11 | 0 |

| | | | | |
|---|---|---|---|---|
| 12 | Net regular tax. Subtract line 10f from line 7. If zero or less, enter -0- | 12 | 0 | |
| 13 | Enter 25% (.25) of the excess, if any, of line 12 over $25,000 (see instructions) . . . . . . . . . . | 13 | 0 | |
| 14 | Tentative minimum tax (see instructions): | | | |
| | • Individuals. Enter the amount from Form 6251, line 33 . . . . | | | |
| | • Corporations. Enter the amount from Form 4626, line 12 . . . . | 14 | 0 | |
| | • Estates and trusts. Enter the amount from Form 1041, Schedule I, line 54 . . . . | | | |

| | | | |
|---|---|---|---|
| 15 | Enter the greater of line 13 or line 14 . . . . . . . . . . | 15 | 0 |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- . . . . . . . . . . | 16 | 0 |
| 17 | **Credit allowed for the current year.** Enter the **smaller** of line 6 or line 16 here and on Form 1040, line 55; Form 1120, Schedule J, line 6d; Form 1120-A, Part I, line 2; Form 1041, Schedule G, line 2c; or the applicable line of your return. If line 16 is smaller than line 6, see instructions | 17 | 0 |

For Paperwork Reduction Act Notice, see instructions.

(HTA)

Form **8846** (2005)

Form **8825**

Department of the Treasury
Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

▶ See instructions on back.
▶ Attach to Form 1065, Form 1065-B, or Form 1120S.

OMB No. 1545-1186

**2005**

| Name | Employer identification number |
|---|---|
| Thunderflower, LLC | 43-2024586 |

**1** Show the kind and location of each property. See page 2 to list additional properties.

**A** Apartment Rentals
2022 NE 18th and 2019E 17Ct., Fort Lauderdale, FL 33305

**B** 

**C** 

**D** 

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | **D** |
| **Rental Real Estate Income** | | | | | | |
| 2 | Gross rents . . . . . . . . . | 2 | 46,901 | | | |
| **Rental Real Estate Expenses** | | | | | | |
| 3 | Advertising . . . . . . | 3 | | | | |
| 4 | Auto and travel . . . . . | 4 | 0 | | | |
| 5 | Cleaning and maintenance . . . . | 5 | 10 | | | |
| 6 | Commissions . . . . . . | 6 | | | | |
| 7 | Insurance . . . . . . . | 7 | 5,536 | | | |
| 8 | Legal and other professional fees . | 8 | 2,638 | | | |
| 9 | Interest . . . . . . . . | 9 | 32,596 | | | |
| 10 | Repairs . . . . . . . . | 10 | 12,186 | | | |
| 11 | Taxes . . . . . . . . | 11 | 1,076 | | | |
| 12 | Utilities . . . . . . . | 12 | 19,731 | | | |
| 13 | Wages and salaries . . . . . | 13 | 0 | | | |
| 14 | Depreciation (see instructions) . . . | 14 | 35,145 | | | |
| 15 | Other (list)  ▶ See Attached Statement | 15 | 4,687 | | | |
| | Amortization | | 4,567 | | | |
| | | | 0 | 0 | 0 | 0 |
| | | | 0 | 0 | 0 | 0 |
| 16 | Total expenses for each property. Add lines 3 through 15 . . . . . | 16 | 118,172 | | | |

| | | | |
|---|---|---|---|
| 17 | Total gross rents. Add gross rents from line 2, columns A through H . . . . . . . . . | 17 | 46,901 |
| 18 | Total expenses. Add total expenses from line 16, columns A through H . . . . . . . . | 18 ( | 118,172 ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities . . . . . . . . . . . . . . . . . | 19 | 0 |
| 20 a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) . . . . . . | 20a | 0 |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |

| | | | |
|---|---|---|---|
| 21 | Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on: | | |
| | • **Form 1065 or 1120S:** Schedule K, line 2, or | 21 | -71,271 |
| | • **Form 1065-B:** Part I, line 4 | | |

For Paperwork Reduction Act Notice, see back of form.

Form **8825** (2005)

(HTA)

## Line 20 (Form 1065) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Travel, Meals and Entertainment | | |
| | a Travel | 1a | 2,516 |
| 2 | From Form 4562 - Amortization | 2 | 186,376 |
| 3 | Advertising | 3 | 106,227 |
| 4 | Consultation expenses | 4 | 3,249 |
| 5 | Credit Card Fees | 5 | 17,205 |
| 6 | Contract Labor | 6 | 60,153 |
| 7 | Dues and subscriptions | 7 | 2,191 |
| 8 | Entertainment | 8 | 228,947 |
| 9 | Insurance | 9 | 64,347 |
| 10 | IT costs | 10 | 14,591 |
| 11 | Maintenance | 11 | 58,311 |
| 12 | Office supplies and expense | 12 | 3,770 |
| 13 | Postage | 13 | 891 |
| 14 | Promotion | 14 | 93,784 |
| 15 | Professional fees | 15 | 66,417 |
| 16 | Security | 16 | 87,705 |
| 17 | Supplies | 17 | 885 |
| 18 | Telephone | 18 | 8,141 |
| 19 | Utilities | 19 | 55,924 |
| 20 | Waste Removal | 20 | 12,152 |
| 21 | Uniforms | 21 | 3,628 |
| 22 | Valet | 22 | 3,500 |
| 23 | Total other deductions | 23 | 1,080,910 |

## Line 5, Sch A (Form 1065) - Other Costs for Cost of Goods Sold

| | | | | |
|---|---|---|---:|---:|
| 1 | Travel, Meals and Entertainment | | | |
| | a Travel | 1a | | |
| | b Total meals and entertainment | 1b | | |
| | c 50% of line b | 1c | 0 | |
| | d Subtract line c from line b | 1d | | 0 |
| 2 | Depreciation | 2 | | |
| 3 | Salesperson wages and commissions | 3 | | |
| 4 | Indirect labor | 4 | | |
| 5 | Rent | 5 | | |
| 6 | Amortization | 6 | | |
| 7 | Freight-in | 7 | | |
| 8 | Supplies | 8 | | 54,708 |
| 9 | Taxes | 9 | | |
| 10 | Utilities | 10 | | |
| 11 | spillage | 11 | | 1,233 |
| 12 | | 12 | | |
| 13 | | 13 | | |
| 14 | | 14 | | 0 |
| 15 | Total other costs for cost of goods sold | 15 | | 55,941 |

## Line 13a, Sch K (Form 1065) - Contributions

| | | | |
|---|---|---|---:|
| A | Code A - Cash contributions (50%) | A | 7,600 |
| | Total contributions | 13a | 7,600 |

## Line 15f, Sch K (Form 1065) - Other Credits and Credit Recapture

| | | | |
|---|---|---|---:|
| P | Code P - Credit for employer social security and medicare taxes (Form 8846) . . . . . . . . . . . | P | 17,234 |
| | Total other credits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 15f | 17,234 |

## Line 13, Sch L (Form 1065) - Other Assets

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Employee Advances | 1 | 300 | 2,310 |
| 2 | Deposits | 2 | 990 | 4,119 |
| 3 | Total other assets . . . . . . . . . . . . . | 3 | 1,290 | 6,429 |

## Line 17, Sch L (Form 1065) - Other Current Liabilities

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Sales Tax Payable | 1 | 9,519 | 21,010 |
| 2 | Rental Deposits Withheld | 2 | | 3,338 |
| 3 | Total other current liabilities . . . . . . . . . . | 3 | 9,519 | 24,348 |

## Line 20, Sch L (Form 1065) - Other Liabilities

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Due to TBW | 1 | 747,091 | |
| 2 | Due to shareholder | 2 | 3,486,285 | 4,602,450 |
| 3 | Total other liabilities . . . . . . . . . . | 3 | 4,233,376 | 4,602,450 |

## Line 2a, Sch M-2 (Form 1065) - Capital Contributed - Cash

| | | | |
|---|---|---|---:|
| 1 | Cash Lee | 1 | 1,674,869 |
| 2 | Rick | 2 | 10,000 |
| 3 | Total capital contributed - cash . . . . . . . . . . . . . . . | 3 | 1,684,869 |

## Use of Vehicles (4562 Part V, Section B) - 1065

| | Vehicle Description | Business Miles | Commuting Miles | Other Miles | Total Miles | Personal Use Off Duty? | | More than 5% owner? | | Another vehicle avail. for use? | |
|---|---|---:|---:|---:|---:|---|---|---|---|---|---|
| | | | | | | Y | N | Y | N | Y | N |
| 1 | Mini Cooper | 5,000 | | 5,000 | 10,000 | X | | X | | X | |

Thunderflower, LLC

43-2024586

Thunderflower, LLC          43-2024586

# Form 4562 Statement - 1065

## Depreciation Detail

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec. 179, Bonus | 2005 Deprec. | 2005 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | |
| 1 | Bldg Imp - CPMG | 10/31/2004 | R-7 | 100.00% | 83,147 | 0 | 0 | 41,573 | 15 | SL/GDS | HY | 42,960 | 2,756 | 45,716 |
| A3 | Furn & Equip - CPMG | 10/31/2004 | F-11 | 100.00% | 13,008 | 0 | 0 | 6,504 | 7 | 200DB | HY | 7,433 | 1,593 | 9,026 |
| 2 | Bldg Impr - Chisholm | 12/4/2004 | R-7 | 100.00% | 34,045 | 0 | 0 | 17,022 | 15 | SL/GDS | HY | 17,590 | 1,128 | 18,718 |
| 4 | Furn & Equip - Chishol | 12/31/2004 | F-11 | 100.00% | 12,500 | 0 | 0 | 6,250 | 7 | 200DB | HY | 7,143 | 1,531 | 8,674 |
| | Total MACRS deductions for prior years (Line 17) | | | | 142,700 | 0 | 0 | 71,349 | | | | 75,126 | 7,008 | 82,134 |
| **GDS 5-year property (Line 19b)** | | | | | | | | | | | | | | |
| 25 | Computer | 8/1/2005 | F-5 | 100.00% | 1,178 | 0 | 0 | 1,178 | 5 | 200DB | HY | 0 | 236 | 236 |
| | Total GDS 5-year property (Line 19b) | | | | 1,178 | 0 | 0 | 1,178 | | | | 0 | 236 | 236 |
| **GDS 7-year property (Line 19c)** | | | | | | | | | | | | | | |
| 20 | Fixtures - CPMG | 5/1/2005 | F-11 | 100.00% | 175,000 | 0 | 0 | 175,000 | 7 | 200DB | HY | 0 | 25,008 | 25,008 |
| 22 | Crisper/Cooler - CPMC | 5/1/2005 | F-10 | 100.00% | 7,000 | 0 | 0 | 7,000 | 7 | 200DB | HY | 0 | 1,000 | 1,000 |
| 23 | Side Table Cooler - CF | 5/1/2005 | F-10 | 100.00% | 5,000 | 0 | 0 | 5,000 | 7 | 200DB | HY | 0 | 715 | 715 |
| 24 | Stand up Freezer - CP | 5/1/2005 | F-10 | 100.00% | 5,000 | 0 | 0 | 5,000 | 7 | 200DB | HY | 0 | 715 | 715 |
| 27 | Beer Coolers - CPMG | 5/1/2005 | F-10 | 100.00% | 74,785 | 0 | 0 | 74,785 | 7 | 200DB | HY | 0 | 10,687 | 10,687 |
| 15 | Beer Coolers - Chim | 6/1/2005 | F-10 | 100.00% | 47,653 | 0 | 0 | 47,653 | 7 | 200DB | HY | 0 | 6,810 | 6,810 |
| 21 | Pizza Oven-CPMG | 6/1/2005 | F-10 | 100.00% | 10,000 | 0 | 0 | 10,000 | 7 | 200DB | HY | 0 | 1,429 | 1,429 |
| 12 | Audio Visual - Chim | 6/1/2005 | F-10 | 100.00% | 18,000 | 0 | 0 | 18,000 | 7 | 200DB | HY | 0 | 2,572 | 2,572 |
| 14 | Sound System - Chim | 6/1/2005 | F-11 | 100.00% | 18,000 | 0 | 0 | 18,000 | 7 | 200DB | HY | 0 | 2,572 | 2,572 |
| 10 | Furniture - Chim | 8/1/2005 | F-11 | 100.00% | 350,000 | 0 | 0 | 350,000 | 7 | 200DB | HY | 0 | 50,015 | 50,015 |
| 11 | Fixtures - Chim | 8/1/2005 | F-11 | 100.00% | 400,000 | 0 | 0 | 400,000 | 7 | 200DB | HY | 0 | 57,160 | 57,160 |
| | Total GDS 7-year property (Line 19c) | | | | 1,110,438 | 0 | 0 | 1,110,438 | | | | 0 | 158,683 | 158,683 |
| **GDS 15-year property (Line 19e)** | | | | | | | | | | | | | | |
| 16 | Lighting - CPMG | 5/1/2005 | R-7 | 100.00% | 51,000 | 0 | 0 | 51,000 | 15 | SL/GDS | HY | 0 | 1,700 | 1,700 |
| 17 | Electrical - CPMG | 5/1/2005 | R-7 | 100.00% | 42,000 | 0 | 0 | 42,000 | 15 | SL/GDS | HY | 0 | 1,400 | 1,400 |
| 18 | Floors - CPMG | 5/1/2005 | R-7 | 100.00% | 45,000 | 0 | 0 | 45,000 | 15 | SL/GDS | HY | 0 | 1,500 | 1,500 |
| 19 | HVAC - CPMG | 5/1/2005 | R-7 | 100.00% | 4,278 | 0 | 0 | 4,278 | 15 | SL/GDS | HY | 0 | 143 | 143 |
| 5 | Lighting - Chim | 6/1/2005 | R-7 | 100.00% | 300,000 | 0 | 0 | 300,000 | 15 | SL/GDS | HY | 0 | 9,999 | 9,999 |
| 6 | Plumbing - Chim | 6/1/2005 | R-7 | 100.00% | 40,000 | 0 | 0 | 40,000 | 15 | SL/GDS | HY | 0 | 1,333 | 1,333 |
| 7 | Flooring - Chim | 6/1/2005 | R-7 | 100.00% | 163,821 | 0 | 0 | 163,821 | 15 | SL/GDS | HY | 0 | 5,460 | 5,460 |
| 8 | Electrical - Chim | 6/1/2005 | R-7 | 100.00% | 100,000 | 0 | 0 | 100,000 | 15 | SL/GDS | HY | 0 | 3,333 | 3,333 |
| 9 | HVAC - Chim | 6/1/2005 | R-7 | 100.00% | 20,980 | 0 | 0 | 20,980 | 15 | SL/GDS | HY | 0 | 699 | 699 |
| | Total GDS 15-year property (Line 19e) | | | | 767,079 | 0 | 0 | 767,079 | | | | 0 | 25,567 | 25,567 |
| | **Subtotal** | | | | 2,021,395 | 0 | 0 | 1,950,044 | | | | 75,126 | 191,494 | 266,620 |

## Listed Property

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec. 179, Bonus | 2005 Deprec. | 2005 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Listed Property with 50% or less business use (Line 27)** | | | | | | | | | | | | | | |
| 26 | Mini Cooper | 1/1/2005 | V-5 | 50.00% | 25,000 | 0 | 0 | 12,500 | 5 | SL/GDS | HY | 0 | 1,250 | 1,250 |
| | Total listed prop with < 50% business use | | | | 25,000 | 0 | 0 | 12,500 | | | | 0 | 1,250 | 1,250 |
| | **Subtotal Listed Property** | | | | 25,000 | 0 | 0 | 12,500 | | | | 0 | 1,250 | 1,250 |

Thunderflower, LLC

43-2024586

## Form 4562 Statement – 1065

Thunderflower, LLC    43-2024586

| Item No. | Description of Property | Date Placed In Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec. 179, Bonus | 2005 Deprec. | 2005 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Amortization (Line 44)** | | | | | | | | | | | | | | |
| 2 | Goodwill - Thunderflow | 3/26/2004 | Z-9 | 100.00% | 1,505,810 | 0 | 0 | 1,505,810 | 15 | SL | FM | 83,663 | 100,392 | 184,055 |
| 3 | Goodwill - CPMG | 3/26/2004 | Z-9 | 100.00% | 689,693 | 0 | 0 | 689,693 | 15 | SL | FM | 38,319 | 45,982 | 84,301 |
| 4 | Goodwill - Chisholm | 3/26/2004 | Z-9 | 100.00% | 600,000 | 0 | 0 | 600,000 | 15 | SL | FM | 33,336 | 40,002 | 73,338 |
| | Total Total Amortization (Line 44) | | | | 2,795,503 | 0 | 0 | 2,795,503 | | | | 155,318 | 186,376 | 341,694 |
| | | | | | 4,841,898 | 0 | 0 | 4,758,047 | | | | 230,444 | 379,120 | 609,564 |

## Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization | 379,120 |
| Special allowance except listed property (Line 14) | 0 |
| Listed property special allowance (Line 25) | 0 |
| Section 179 deduction claimed (includes prior year disallowed) | 0 |
| Section 179 deduction carried forward to future year | 0 |
| Section 179 deduction (Line 12) reported on Schedule K | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | 186,376 |
| **Form 4562 , Line 22** | 192,744 |

Thunderflower, LLC

43-2024586

43-2024586

Thunderflower, LLC

## Form 4562 Statement - 8825: 01

### Depreciation Detail

| Item No. | Description of Property | Date Placed in Service | Asset Code | Bus. Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Recovery Period | Method | Conv Code | Prior Accum. Deprec., 179, Bonus | 2005 Deprec. | 2005 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | |
| 1 | 2371 Apart building | 3/26/2004 | R-4 | 100.00% | 319,366 | 0 | 0 | 319,366 | 27.5 | SL/GDS | MM | 9,195 | 11,612 | 20,807 |
| 2 | 2019 Apt Bldg | 3/26/2004 | R-4 | 100.00% | 289,207 | 0 | 0 | 289,207 | 27.5 | SL/GDS | MM | 8,326 | 10,516 | 18,842 |
| 3 | 2022 Hideaway | 3/26/2004 | R-5 | 100.00% | 507,686 | 0 | 0 | 507,686 | 39 | SL/GDS | MM | 10,321 | 13,017 | 23,338 |
| | Total MACRS deductions for prior years (Line 17) | | | | 1,116,259 | 0 | 0 | 1,116,259 | | | | 27,842 | 35,145 | 62,987 |
| | **Subtotal** | | | | 1,116,259 | 0 | 0 | 1,116,259 | | | | 27,842 | 35,145 | 62,987 |
| **Total Amortization (Line 44)** | | | | | | | | | | | | | | |
| A1 | Legal Fees | 3/26/2004 | Z-8 | 100.00% | 68,500 | 0 | 0 | 68,500 | 15 | SL | FM | 3,806 | 4,567 | 8,373 |
| | Total Total Amortization (Line 44) | | | | 68,500 | 0 | 0 | 68,500 | | | | 3,806 | 4,567 | 8,373 |
| | | | | | 1,184,759 | 0 | 0 | 1,184,759 | | | | 31,648 | 39,712 | 71,360 |

## Form 4562 Reconciliation

| | |
|---|---|
| Annual depreciation and amortization | 39,712 |
| Special allowance except listed property (Line 14) | 0 |
| Listed property special allowance (Line 25) | 0 |
| Section 179 deduction claimed (includes prior year disallowed) | 0 |
| Section 179 deduction carried forward to future year | 0 |
| Section 179 deduction (Line 12) reported on Schedule K | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | 4,567 |
| **Form 4562 , Line 22** | 35,145 |

## Line 15 (8825) - Other Expense Summary for 01

| # | | # | |
|---|---|---|---|
| 1 | Bank Service Fees | 1 | 93 |
| 2 | Licenses | 2 | 4,559 |
| 3 | Security | 3 | |
| 4 | Office Supplies | 4 | 35 |
| 5 | IT Expenses | 5 | |
| 6 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 4,687 |

**Form 7004**
(Rev. December 2005)
Department of the Treasury
Internal Revenue Service

## Application for Automatic 6-Month Extension of Time To File
## Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

OMB No. 1545-0233

**Type or Print**

File by the due date for which the return for which an extension is requested. See instructions.

| Name | Taxpayer identification number |
|---|---|
| Thunderflower, LLC | 43-2024586 |

Number, street, and room or suite no. If P.O. box, see instructions.

2202 NE 18th Ave

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)).

Ft. Lauderdale                    FL        33305

**Caution: Carefully complete all items. Incorrect information may cause delay or rejection.**

| | | |
|---|---|---|
| **1** | Enter only one code for type of return that this automatic 6-month extension is for (see below) . . . . . . . . | 09 |
| **2** | If the foreign corporation does not have an office or place of business in the United States, check here . . . . . ► ☐ | |
| **3** | If the organization qualifies under Regulations section 1.6081-5 (see instructions), check here . . . . . . . . ► ☐ | |
| **4 a** | For calendar year 20 __05__, or other tax year beginning _____ , 20 _____ , and ending _____ , 20 ____ | |

**b   Short tax year.** If this tax year is less than 12 months, check the reason:

☐ Initial return      ☐ Final return      ☐ Change in accounting period      ☐ Consolidated return to be filed

| | |
|---|---|
| **5** | If the organization is a corporation and is the common parent of a group that intends to file consolidated, check here . . . ► ☐ |
| | Also, you must attach a schedule, listing the name, address, and EIN for each member covered by this extension. |

| | | | |
|---|---|---|---|
| **6** | Tentative total tax (see instructions) . . . . . . . . . . | **6** | 0 |
| **7** | **Total** payments and credits (see instructions) . . . . . . | **7** | 0 |
| **8** | **Balance due.** Subtract line 7 from line 6. **Generally, you must deposit this amount using the Electronic Federal Tax Payment System (EFTPS), a Federal Tax Deposit (FTD) Coupon, or Electronic Funds Withdrawal (EFW)** (see instructions for exceptions) . . . . . . . . . . . | **8** | 0 |

| Extension Is For: | Form Code | Extension Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-L | 18 |
| Form 706-GS(T) | 02 | Form 1120-ND | 19 |
| Form 990-C | 03 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1041 (estate) | 04 | Form 1120-PC | 21 |
| Form 1041 (trust) | 05 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120-S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120 (subchapter T cooperative) | 13 | Form 8725 | 30 |
| Form 1120-A | 14 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | | |

For Paperwork Reduction Act Notice, see instructions.                    Form **7004** (Rev. 12-2005)

(HTA)

**Georgia 700**
**Tax Return**
for

Thunderflower, LLC

# 2005

**Bloom and Associates, LLC**
**1413 Old Virginia Ct.**
**Marietta, GA  30067**
**770-313-5892**

Bloom and Associates, LLC
1413 Old Virginia Ct.
Marietta, GA 30067
770-313-5892

November 21, 2006

Thunderflower, LLC
2202 NE 18th Ave
Ft. Lauderdale, FL 33305

Dear Sir,

Enclosed are two copies of the 2005 Georgia 700 for Thunderflower, LLC. Please review your return, then file one copy with the state and retain the second copy for your records. A general partner or a limited liability company member must sign and date the filing copy on page 1 before you mail the return.

Your 2005 Georgia 700 taxes have been paid in full. You have neither a refund nor a balance due.

We recommend that you mail your Georgia 700 state return using the United States Post Office certified mail service or another approved delivery service that can provide you with proof of your mailing date. If you use the USPS certified mail service, mail your state return as soon as possible, to:

      Processing Center
      Department of Revenue
      P.O. Box 740315
      Atlanta, GA 30374-0315

If you have questions about the return(s) or about your tax situation during the year, please call us at 770-313-5892. We are happy to help you. We appreciate this opportunity to serve you.

Sincerely,

Jennifer Bloom, CPA
Bloom and Associates, LLC

**Georgia Form 700 (Rev. 6/05)**

Partnership Tax Return

0601702112

**MAIL TO:**

Georgia Department of Revenue
Processing Center
P.O. Box 740315
Atlanta, Georgia 30374-0315
**If Listing Credits on Schedule 2:**
Georgia Department of Revenue
Taxpayer Services Division
P.O. Box 49431
Atlanta, Georgia 30359-1431

**2005** (or other taxable year)

Beginning _____ 20 ____ , and Ending _____ 20 ____

☐ Fill in circle if you DO NOT want a booklet next year.

☐ Original Return ☐ Amended Return ☐ Final Return ☐ Change of Address ☐ Composite Return Filed

| A. FEI Number | Name | Location of Books for Audit (city & state) |
|---|---|---|
| 43-2024586 | THUNDERFLOWER, LLC | OCALA FL |

| B. Ga. W/hold. Tax Acct. No. | Number and Street | Country | Telephone Number |
|---|---|---|---|
| | 2202 NE 18TH AVE | | |

| C. Ga. Sales Tax Reg. No. | City or Town | State | County | *County Code No. | Zip Code |
|---|---|---|---|---|---|
| | FT. LAUDERDALE FL | | | | 33305 |

D. Name & address on last year's return if different from above. If no return was filed last year, state reason.

| E. Business Code No. shown on Federal Return | F. Kind of Business | G. Basis of this return |
|---|---|---|
| 531110/722410 | RENTALS/BARS | ( X ) CASH ( ) ACCRUAL ( ) OTHER |

| H. Indicate latest taxable year (within last 5 years) adjusted by Internal Revenue Service | I. Number of Partners | J. Do you have Nonresident Partners ( X ) Yes or ( ) No |
|---|---|---|
| | 2 | |

**\*See Page 5 for a list of Georgia county code numbers.**

| COMPUTATION OF GEORGIA NET INCOME | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 1 |
|---|---|---|---|
| 1. Total Income for Georgia purposes (Line 12, Schedule 7) ........................... | 1. | -418156 |
| 2. Income allocated everywhere (Attach Schedule) ....................................... | 2. | |
| 3. Business income subject to apportionment (Line 1 less Line 2) ................ | 3. | -418156 |
| 4. Georgia ratio (Line 4, Schedule 6, Part 2) ............................................. | 4. | 0.666127 |
| 5. Net business income apportioned to Georgia (Line 3 x Line 4) ............... | 5. | -278545 |
| 6. Net income allocated to Georgia (Attach Schedule) ............................... | 6. | |
| 7. Total Georgia net income (Add Line 5 and Line 6) .................................. | 7. | -278545 |

**DECLARATION**

I/We declare under the penalties of perjury that I/we have examined this return (including accompanying schedules and statements) and to the best of our knowledge and belief it is true, correct, and complete. If prepared by a person other than taxpayer, this declaration is based on all information of which the preparer has any knowledge.

51-0475294

_____
Signature of Partner
(Must be signed by partner)

_____
Signature and ID number of preparer other than partner or member

_____
Date

_____
Date

**Department of Revenue Website**
**http://www.dor.ga.gov**

Georgia Form 700/2005 Page 2 Name (Partnership) THUNDERFLOWER, LLC    FEIN 43-2024586

| GEORGIA TAX CREDITS | (ROUND TO NEAREST DOLLAR) | SCHEDULE 2 |

These are for information purposes only and do not affect Schedules 1 or 3-7. See Pages 7 and 8 of the instructions for a list of available credits and their applicable codes. You must list the appropriate credit type code in the area provided. If you claim more than ten credits, enclose a schedule. Enter the schedule total on Line 11. List the percentage of credit claimed in the percent (%) column.

| Credit Type Code | Company Name | FEIN | % | | Amount of Credit |
|---|---|---|---|---|---|
| 1. | | | | 1. | |
| 2. | | | | 2. | |
| 3. | | | | 3. | |
| 4. | | | | 4. | |
| 5. | | | | 5. | |
| 6. | | | | 6. | |
| 7. | | | | 7. | |
| 8. | | | | 8. | |
| 9. | | | | 9. | |
| 10. | | | | 10. | |
| 11. Enter the total from attached schedule(s) ............................................. | | | | 11. | |
| 12. **TOTAL ALLOWABLE GEORGIA TAX CREDITS FOR THE YEAR** ............................ | | | | 12. | |

Attach the appropriate form or a detailed schedule for each credit claimed (See pages 7 & 8 of the instructions for additional information)

| INCOME TO PARTNERS | | (ROUND TO NEAREST DOLLAR) | SCHEDULE 3 |
|---|---|---|---|
| (1.) Name<br>(2.) Street and Number | (3.) City, State and Zip<br>(4.) I.D. Number | Profit Sharing % | Georgia Source Income |

| | | | % | Georgia Source Income |
|---|---|---|---|---|
| **A** | 1. LEE FARKAS<br>2. 101NE 2ND STREET<br>3. OCALA, FL 34470<br>4. 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 | 5. 90.000000% | 6. -250691 |
| **B** | 1. RICHARD A FRANKEL<br>2. 10289 BENTWOOD COURT<br>3. HIGHLANDS RANCH, CO 80126<br>4. 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 | 5. 10.000000% | 6. -27855 |
| **C** | 1.<br>2.<br>3.<br>4. | 5. 0.000000% | 6. |
| **D** | 1.<br>2.<br>3.<br>4. | 5. 0.000000% | 6. |
| **E** | 1.<br>2.<br>3.<br>4. | 5. 0.000000% | 6. |
| **TOTAL** | | 100.000000% | -278546 |

| ADDITIONS TO FEDERAL INCOME | (ROUND TO NEAREST DOLLAR) | SCHEDULE 4 |

| | | |
|---|---|---|
| 1. State and municipal bond interest other than Georgia or political subdivision thereof ....... | 1. | |
| 2. Net income or net profits taxes imposed by taxing jurisdictions other than Georgia .......... | 2. | |
| 3. Expenses attributable to tax exempt income (other than US obligations) ..................... | 3. | |
| 4. Federal deduction for income attributable to domestic production activities (IRC section 199) ........ | 4. | |
| 5. Other additions (Attach schedule) .................................................. | 5. | |
| 6. | 6. | |
| 7. Total (Add Lines 1 through 6) Enter here and on Line 9, Schedule 7 ........................ | 7. | |

**Georgia Form 700/2005 Page 3** Name (Partnership) THUNDERFLOWER, LLC    FEIN 43-2024586

| SUBTRACTIONS FROM FEDERAL INCOME | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 5 |
|---|---|---|---|
| 1. Interest on obligations of United States (must be reduced by direct and indirect interest expense) | | 1. | |
| 2. Other subtractions (Attach schedule) | | 2. | |
| 3. | | 3. | |
| 4. | | 4. | |
| 5. Total (Add Lines 1 through 4) enter here and on Line 11, Schedule 7 | | 5. | |

## APPORTIONMENT OF INCOME    (ROUND TO NEAREST DOLLAR)    SCHEDULE 6

**(Part 1)**

| | WITHIN GEORGIA | | TOTAL EVERYWHERE | |
|---|---|---|---|---|
| | a. Beginning of Year | b. End of Year | a. Beginning of Year | b. End of Year |
| 1. Inventory | 35329 | | 35329 | 79532 |
| 2. Buildings (cost) | | | 1116259 | 1116259 |
| 3. Machinery & Equipment | | | | |
| 4. Land | | | | |
| 5. Other Tangible Assets | | | | |
| 6. Total (Lines 1 through 5) | 35329 | | 1151588 | 1195791 |
| 7. Average (Add columns a & b and divide by 2) | 17665 | | 1173690 | |
| 8. Rented Property (Annual Rate x 8) | 1517248 | | 1517248 | |
| 9. Total Property (Add Lines 7 and 8) | 1534913 | | 2690938 | |

**(Part 2)**

| | a. Within Georgia | b. Everywhere | c. Do not round Column (a)/Column (b) Compute to six decimals | d. Factors See Instructions on page 4 | e. Do not round Column (c) x Column (d) Georgia Factor Compute to six decimals |
|---|---|---|---|---|---|
| 1. Total Property (Part 1 Line 9) | 1534913 | 2690938 | 0.570401 | x 50% | 0.285201 |
| 2. Salaries, commissions, wages & compensation | 375274 | 492581 | 0.761852 | x 50% | 0.380926 |
| 3. Gross receipts from business | | 2287488 | | x 0% | |
| 4. Georgia ratio (Total Column e) | | | | | 0.666127 |

| COMPUTATION OF TOTAL INCOME FOR GEORGIA PURPOSES | (ROUND TO NEAREST DOLLAR) | | SCHEDULE 7 |
|---|---|---|---|
| 1. Ordinary income (loss) | | 1. | -346885 |
| 2. Net income (loss) from rental real estate activities | | 2. | -71271 |
| 3. a. Gross income from other rental activities | 3a. | | |
| b. Less expenses (attach schedule) | 3b. | | |
| c. Net income (loss) from other rental activities (Line 3a less Line 3b) | | 3c. | |
| 4. Portfolio income (loss): a. Interest Income | | 4a. | |
| b. Dividend Income | | 4b. | |
| c. Royalty Income | | 4c. | |
| d. Net short-term capital gain (loss) | | 4d. | |
| e. Net long-term capital gain (loss) | | 4e. | |
| f. Other portfolio income (loss) | | 4f. | |
| 5. Guaranteed payments to partners | | 5. | |
| 6. Net gain (loss) under Section 1231 | | 6. | |
| 7. Other Income (loss) | | 7. | |
| 8. Total Federal income (add Lines 1 through 7) | | 8. | -418156 |
| 9. Additions to Federal income (Schedule 4, Line 7) | | 9. | |
| 10. Total (add Lines 8 and 9) | | 10. | -418156 |
| 11. Subtractions from Federal income (Schedule 5, Line 5) | | 11. | |
| 12. Total income for Georgia purposes (Line 10 less Line 11) | | 12. | -418156 |

**<u>EXHIBIT E</u>**

**CONSOLIDATED FINANCIAL STATEMENTS**
**AND**
**ACCOUNTANT'S COMPILATION REPORT**

**THUNDERFLOWER, LLC**
**DECEMBER 31, 2006**

Brick City Accounting & Financial Services, Inc.
*Certified Public Accountants*

# CONSOLIDATED BALANCE SHEET
## DECEMBER 31, 2006
## THUNDERFLOWER, LLC

### ASSETS

|  | 2006 | 2005 |
|---|---|---|
| **Current Assets** | | |
| Cash | $ 60,727 | $ 140,539 |
| Other Current Assets | 6,429 | 6,429 |
| Inventory | 80,344 | 79,532 |
| **Total Current Assets** | 147,500 | 226,500 |
| | | |
| **Capital Assets - Net** | | |
| **of Accumulated Depreciation** | 2,745,271 | 2,831,797 |
| | | |
| **Other Assets** | | |
| Net Intangible Assets | 2,322,993 | 2,513,936 |
| **Total Other Assets** | 2,322,993 | 2,513,936 |
| | | |
| **Total Assets** | 5,215,764 | 5,572,233 |

### LIABILITIES AND MEMBER'S EQUITY

|  | 2006 | 2005 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable and Accrued Expenses | 24,720 | 24,348 |
| **Total Current Liabilities** | 24,720 | 24,348 |
| | | |
| **Long-term Liabilities** | | |
| Note Payable to Bank | 11,980 | 0 |
| Due to Shareholder | 4,978,596 | 4,602,450 |
| **Total Long-Term Liabilities** | 4,990,576 | 4,602,450 |
| | | |
| **Total Liabilities** | 5,015,296 | 4,626,798 |
| | | |
| **Member's Equity** | 200,468 | 945,435 |
| | | |
| **Total Liabilities and Member's Equity** | $ 5,215,764 | $ 5,572,233 |

# CONSOLIDATED INCOME STATEMENT
## FOR THE YEAR ENDED DECEMBER 31, 2006
## THUNDERFLOWER, LLC

|  | 2006 |
|---|---:|
| **Revenues** | |
| Rental Income | $        53,002 |
| Sales Revenue | 3,325,376 |
| **Total Revenues** | 3,378,378 |
| | |
| **Cost of Sales** | (798,267) |
| | |
| **Gross Margin** | 2,580,111 |
| | |
| **Expenses** | |
| Bank Charges | 225 |
| Amortization | 190,943 |
| Depreciation | 416,077 |
| Donations | 3,075 |
| Entertainers | 282,735 |
| Insurance | 29,075 |
| Interest Expense | 202,206 |
| Janitorial & Cleaning | 38,561 |
| Licenses & Permits | 27,971 |
| Marketing & Promotion | 95,003 |
| Merchant Fees | 383 |
| Miscellaneous | 12,677 |
| Office Expense | 26,482 |
| Payroll & Taxes | 941,314 |
| Professional Fees Legal & Accounting | 38,229 |
| Rent | 449,417 |
| Repairs and Maintenance | 48,993 |
| Security Expense | 61,095 |
| Taxes - Other | 265,088 |
| Telephone | 6,814 |
| Travel | 30,822 |
| Utilities | 46,101 |
| **(Total Expenses)** | (3,213,286) |
| | |
| **Net Income (Loss)** | (633,175) |
| | |
| **Member's Equity, Beginning of Year** | 945,435 |
| **Member Contributions** | 352,748 |
| **Member Distributions** | (464,540) |
| | |
| **Member's Equity, End of Year** | $      200,468 |

See Accompanying Accountant's Compilation Report

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEAR ENDED DECEMBER 31, 2006**
**THUNDERFLOWER, INC.**

|  | 2006 |
|---|---|
| **Cash Flows from Operating Activities** | |
| Net Income (Loss) | $    (633,175) |
| Adjustments to Reconcile Net Income (Loss) to Net | |
| Cash Provided by (Used in) Operating Activities: | |
| Amortization | 190,943 |
| Depreciation | 416,077 |
| Changes in Assets - Decrease (Increase) | |
| and Liabilities - Increase (Decrease): | |
| Inventory | (812) |
| Accounts Payable and Accrued Expenses | 372 |
| **Net Cash Provided by (Used in) Operating Activities** | (26,595) |
| | |
| **Cash Flows from Investing Activities** | |
| Capital Asset Purchases | (329,551) |
| **Net Cash Provided by (Used in) Investing Activities** | (329,551) |
| | |
| **Cash Flows from Financing Activities** | |
| Proceeds from Member Loans | 376,146 |
| Proceeds from Issuance of Long-term Debt | 11,980 |
| Member Contributions | 352,748 |
| Member Distributions | (464,540) |
| **Net Cash Provided by (Used in) Financing Activities** | 276,334 |
| | |
| **Net Increase in Cash and Cash Equivalents** | (79,812) |
| | |
| **Cash and Cash Equivalents, Beginning of Year** | 140,539 |
| | |
| **Cash and Cash Equivalents, End of Year** | $      60,727 |

**Supplemental Disclosures of Cash Flow Information**

Cash paid during the fiscal year for:

| | |
|---|---|
| Interest | $          884 |
| Income Taxes | $              0 |

See Accompanying Accountant's Compilation Report

**SUPPLEMENTARY INFORMATION**

SCHEDULE 1
CONSOLIDATING BALANCE SHEET
FOR THE YEAR ENDED DECEMBER 31, 2006
THUNDERFLOWER, LLC

| | Thunderflower LLC | CPMG LLC | Chisholm Prop of Atlanta LLC | Consolidating Entry | Consolidated Totals |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash | $ 3,584 | $ 10,713 | $ 46,430 | $ 0 | $ 60,727 |
| Other Current Assets | 500 | 3,919 | 2,010 | 0 | 6,429 |
| Inventory | 0 | 52,749 | 27,595 | 0 | 80,344 |
| **Total Current Assets** | 4,084 | 67,381 | 76,035 | 0 | 147,500 |
| **Capital Assets** | | | | | |
| Buildings | 1,116,259 | 0 | 0 | 0 | 1,116,259 |
| Leasehold Improvements | 0 | 259,023 | 765,640 | 0 | 1,024,663 |
| Fixtures & Equipment | 0 | 289,793 | 909,720 | 0 | 1,199,513 |
| Vehicles | 126,770 | 25,000 | 0 | 0 | 151,770 |
| Subtotal | 1,243,029 | 573,816 | 1,675,360 | 0 | 3,492,205 |
| Less: Accumulated Depreciation | (123,486) | (188,424) | (435,024) | 0 | (746,934) |
| **Capital Assets, Net of Accumulated Depreciation** | 1,119,543 | 385,392 | 1,240,336 | 0 | 2,745,271 |
| **Investments and Other Assets** | | | | | |
| Due From CPMG, LLC | 354,254 | 0 | 0 | (354,254) | 0 |
| Due From Chisholm, LLC | 2,907,785 | 0 | 0 | (2,907,785) | 0 |
| Due From Thunderflower | 0 | 0 | 5,000 | (5,000) | 0 |
| Organizational Costs | 68,500 | 0 | 0 | 0 | 68,500 |
| Purchase Goodwill: Thunderflower | 1,505,810 | 0 | 0 | 0 | 1,505,810 |
| Purchase Goodwill: CPMG | 0 | 689,693 | 0 | 0 | 689,693 |
| Purchase Goodwill: Chisolm | 0 | 0 | 600,000 | 0 | 600,000 |
| Subtotal Intangibles | 1,574,310 | 689,693 | 600,000 | 0 | 2,864,003 |
| Less: Accumulated Amortization | (297,387) | (130,283) | (113,340) | 0 | (541,010) |
| Total Net Intangibles | 1,276,923 | 559,410 | 486,660 | 0 | 2,322,993 |
| **Total Investments and Other Assets** | 4,538,962 | 559,410 | 491,660 | (3,267,039) | 2,322,993 |
| **Total Assets** | 5,662,589 | 1,012,183 | 1,808,031 | (3,267,039) | 5,215,764 |
| **Liabilities and Net Assets** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable and Accrued Expenses | 3,338 | 12,714 | 8,668 | 0 | 24,720 |
| **Total Current Liabilities** | 3,338 | 12,714 | 8,668 | 0 | 24,720 |
| **Long-Term Liabilities** | | | | | |
| Due to Shareholder | 4,978,596 | 0 | 0 | 0 | 4,978,596 |
| Due to Thunderflower | 0 | 354,254 | 2,907,785 | (3,262,039) | 0 |
| Due to Chisholm, LLC | 5,000 | 0 | 0 | (5,000) | 0 |
| Note Payable - Wachovia | 0 | 11,980 | 0 | 0 | 11,980 |
| **Total Long-Term Liabilities** | 4,983,596 | 366,234 | 2,907,785 | (3,267,039) | 4,990,576 |
| **Total Liabilities** | 4,986,934 | 378,948 | 2,916,453 | (3,267,039) | 5,015,296 |
| **Member Equity** | | | | | |
| Member Capital - Lee B Farkas | 850,566 | 281,067 | (392,533) | 0 | 739,100 |
| Member Capital - Richard Frankel | 55,313 | 82,845 | (43,615) | 0 | 94,544 |
| Net Income | (230,224) | 269,323 | (672,274) | 0 | (633,175) |
| **Total Member Equity** | 675,655 | 633,235 | (1,108,422) | 0 | 200,468 |
| **Total Liabilities and Member Equity** | $ 5,662,589 | $ 1,012,183 | $ 1,808,031 | $ (3,267,039) | $ 5,215,764 |

**SCHEDULE II**
**CONSOLIDATING INCOME STATEMENT**
**FOR THE YEAR ENDED DECEMBER 31, 2006**
**THUNDERFLOWER, LLC**

| | Thunderflower LLC | CPMG LLC | Chisholm Prop of Atlanta LLC | Consolidating Entry | Consolidated Totals |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Rental Revenues | $  53,002 | $  0 | $  0 | $  0 | $  53,002 |
| Sales Revenues | 0 | 2,070,972 | 1,254,404 | | 3,325,376 |
| Miscellaneous | 0 | 0 | 0 | 0 | 0 |
| **Total Revenues** | 53,002 | 2,070,972 | 1,254,404 | 0 | 3,378,378 |
| | | | | | |
| **Cost of Sales** | 0 | 534,128 | 264,139 | | 798,267 |
| | | | | | |
| **Gross Margin** | 53,002 | 1,536,844 | 990,265 | 0 | 2,580,111 |
| | | | | | |
| **Expenses** | | | | | |
| Bank Charges | 175 | 25 | 25 | 0 | 225 |
| Amortization | 104,959 | 45,982 | 40,002 | 0 | 190,943 |
| Depreciation | 60,499 | 87,899 | 267,679 | 0 | 416,077 |
| Dues and Subscriptions | 0 | 0 | 0 | 0 | 0 |
| Donations | 0 | 3,075 | 0 | 0 | 3,075 |
| Entertainers | 0 | 140,002 | 142,733 | 0 | 282,735 |
| Insurance | 5,726 | 15,691 | 7,658 | 0 | 29,075 |
| Interest Expense | 15,677 | 68,059 | 118,470 | 0 | 202,206 |
| Janitorial & Cleaning | 0 | 15,834 | 22,727 | 0 | 38,561 |
| Licenses & Permits | 2,613 | 10,791 | 14,567 | 0 | 27,971 |
| Marketing & Promotion | 0 | 32,272 | 62,731 | 0 | 95,003 |
| Merchant Fees | 0 | 383 | 0 | 0 | 383 |
| Miscellaneous | 4,331 | 3,739 | 4,607 | 0 | 12,677 |
| Office Expense | 0 | 9,907 | 16,575 | 0 | 26,482 |
| Payroll & Taxes | 0 | 409,411 | 531,903 | 0 | 941,314 |
| Professional Fees Legal & Accounting | 25,874 | 3,549 | 8,806 | 0 | 38,229 |
| Rent | 0 | 185,510 | 263,907 | 0 | 449,417 |
| Repairs and Maintenance | 8,057 | 18,888 | 22,048 | 0 | 48,993 |
| Security Expense | 0 | 55,819 | 5,276 | 0 | 61,095 |
| Taxes - Other | 28,061 | 147,359 | 89,668 | 0 | 265,088 |
| Telephone | 4,815 | 1,280 | 719 | 0 | 6,814 |
| Travel | 0 | 1,499 | 29,323 | 0 | 30,822 |
| Utilities | 22,439 | 10,547 | 13,115 | 0 | 46,101 |
| **Total Expenses** | 283,226 | 1,267,521 | 1,662,539 | 0 | 3,213,286 |
| | | | | | |
| **Net Income** | (230,224) | 269,323 | (672,274) | 0 | (633,175) |
| | | | | | |
| **Member Contributions** | 352,748 | 0 | 0 | 0 | 352,748 |
| **Member Distributions** | 0 | (464,540) | 0 | 0 | (464,540) |
| **Increase (Decrease) in Member Equity** | 122,524 | (195,217) | (672,274) | 0 | (744,967) |
| **Member Equity, Beginning of Year** | 553,131 | 828,452 | (436,148) | 0 | 945,435 |
| **Member Equity, End of Year** | $  675,655 | $  633,235 | $  (1,108,422) | $  0 | $  200,468 |

**Thunderflower, Inc.**
**Owner Capital Account Rollforward**
**2006**

| | Lee B Farkas | Richard A Frankel | Sub Total | Lee B Farkas | Richard A Frankel | Sub Total | Lee B Farkas | Richard A Frankel | Sub Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance 2005 | 497,818 | 55,313 | 553,131 | 745,607 | 82,845 | 828,452 | (392,533) | (43,615) | (436,148) | 945,435 |
| 2006 Contributions | 352,748 | | 352,748 | | | - | | | - | 352,748 |
| 2005 Distributions | | | - | (464,540) | | (464,540) | | | - | (464,540) |
| Net Capital Before Income Allocation | 850,566 | 55,313 | 905,879 | 281,067 | 82,845 | 363,912 | (392,533) | (43,615) | (436,148) | 833,643 |
| Net Income / Loss | (207,202) | (23,022) | (230,224) | 242,391 | 26,932 | 269,323 | (605,047) | (67,227) | (672,274) | (633,175) |
| Ending Balance 2006 | 643,364 | 32,291 | 675,655 | 523,458 | 109,778 | 633,235 | (997,580) | (110,842) | (1,108,422) | 200,468 |

Not to be included in Financial Statements
Thunderflower, LLC 123106 Revised
Capital

**Thunderflower, Inc.**
**Due to Shareholder Reconciliation**
**12/31/06**

| | | |
|---|---|---|
| Loan Proceeds Accounted for As Contributed Capital | | $ 1,100,000 |
| Reduction in Contributed Capital | (899,532) | |
| Balance of Loan Per Books of Thunderflower | | 4,978,596 |
| TB&W Books | | $ 6,078,596 |

Not to be included in financial statements

Thunderflower, LLC 123106 Revised
SH Loan